Bechard/Lapan Subpoena Response p.1





Exhibit 3, p.1

Bechard/Lapan Subpoena Response p.2



Bechard/Lapan Subpoena Response p.3



**Screenshot 1 (9:10 — Kari Kelsh, Active 18m ago):**

- He told me her husband is disabled... blah blah
- So
- Your kid is traumatized
- That is what I said
- That's unfortunate but she is impacting my 16 year old child
- Haley told me if chelsea moves schools she's not going back
- Also.. now I can't trust her around Leigha
- Was she Her teacher
- He then said "Mrs. Moser will protect her"
- No, but they go in between classes
- Probably not she's part of the click
- Yeah she is. lol

**Screenshot 2 (Kari Kelsh, Active 18m ago):**

- I would move to vermont but departments over there are even more expensive
- I don't like Kristi as a person lol... Chelsea was walking Leigha to class every day. I made the complaint on Poupore then the next day they told Chelsea she's not allowed in the elementary
- Wow
- Rob said "they were just enforcing a rule"
- Lmao!!!! How strange!!! She had been doing it for over a month
- Right
- I cannot stand that school at all.
- Yea its tough
- All the girls have asked to switch I just can't find a big enough apartment that my kids will want to live with me

**Screenshot 3 (Kari Kelsh, Active now):**

- I know it's not ideal for me to homeschool Leigha
- I can't imagine
- It's been going well, but it's a lot more work
- I'm sure

**Screenshot 4 (Kari Kelsh, Active now — SEP 14, 2024 AT 10:45 AM):**

- Did you get served?
- For what?
- Lawsuit
- No
- Poirers
- Well I guess it's coming
- No, I haven't
- Regarding what?
- Haylee and I got a letter today
- From who?

Exhibit 3, p.3

Bechard/Lapan Subpoena Response p.4



Exhibit 3, p.4



Bechard/Lapan Subpoena Response p.6







Exhibit 3, p.6

Bechard/Lapan Subpoena Response p.7



November 5, 2023 at 1:22 PM

18,140 of 33,349

1:18

Kari
Active 4 minutes ago

Facebook
You're friends on Facebook

VIEW PROFILE

What happened yesterday at the game with the mother and aunt

So I saw them get to the game, watched them walk to their seats away from us. Girls asked to go to car that I could see and get a blanket. I had not seen them leave there seats, I was unaware you could walk under the bleachers, anyway I watched them walk to the car, haylee called me I went out there. When I got there less than a min later (by the time I climbed down the stairs) tammy and jess were in the field behind the cars, I made it quite clear that I would let them be taken away in hand cuffs if needed. Never saw them again after that

Message

Exhibit 3, p.7

Bechard/Lapan Subpoena Response p.8



Exhibit 3, p.8

Bechard/Lapan Subpoena Response p.9

**Rico Hernandez**

> I'm not happy about that AT ALLLLLL

So it was bus 86 then was it yesterday

> it's daily but today was the worst of it

Ok well that was Dennis today then

Bus 89 need to know this information if we need to look

> Oh that's weird. I wonder if it was yesterday. I'll Ask!

> She didn't mention Dennis

> Only Debby

Debbie was out today

---

**Rico Hernandez**

Debbie was out today

> I'll ask

Ok

> Chelsea did tell Bella Dennis was driving today

> That's so weird

> She probably didn't yell loudly.

So it was today then

> Well it's every day but worse today

---

**Rico Hernandez**

> Well it's every day but worse today

> Today he strapped her to the seat with multiple buckles or something

> Kobe sits behind her so he probably knows about it

Ok yea I would tell Krista and she will have me pull the video and go from there

> Oh yeah strongly dislike her but Matt will be there.

> He already emailed Stan

Ok good

---

**Rico Hernandez**

Ok good

> Had to deal with them once this week already

Who did

> I dealt with Stan and Ringer.

> Bella pulled out of school because of Caitlyn Harvey bullying her 24/7

> Now my other child is getting sexual assaulted

> Sexually*

> And I swear to holy Jesu... meone tells me that the video is lost or something just be...se it's a varsity player... a whole new side will come out lol

Exhibit 3, p.9

Bechard/Lapan Subpoena Response p.10



**Rico Hernandez**

And I swear to holy Jesus if someone tells me that the video is lost or something just because it's a varsity player... a whole new side will come out lol

Don't worry it won't be lost I have the keys to the camera ❤️

Unless lightning strikes it or the bus burns down

LOL perfect.

Yes sorry ur kids have to go there this is bs I really hate kids that bully others kids ❤️

10/14/23, ...12 AM



**Rico Hernandez**

Troopers are still here. Been here for over 3 hours.  So I'm sure they'll be there Monday morning

10/14/23, 7:31AM

Jeez

Who was the kid that did this to her

10/14/23, 10:22 AM

I just don't want to say because it's a bigger name in Chazy and already know how that plays out

Saw it happened with D...... situation. The Chazy cult is strong and real! Cannot ..... Mrs. Ringer one single bit and



**Rico Hernandez**

10/14/23, 10:22 AM

I just don't want to say because it's a bigger name in Chazy and already know how that plays out

Saw it happened with Dennis' situation. The Chazy cult is strong and real! Cannot stand Mrs. Ringer one single bit and she better hope she doesn't laugh at the problem this time

There are a minimum of 3 charges that will more than likely come from this situation

Lucky for you I'm not in that cult

I turned in like moser last year for ripping
A hole in a seat on the bus an.... ....ld Rob to his face I'm sure nothing is gonna happen ....e plays soccer and of is parents



**Rico Hernandez**

.... .... .... situation

Lucky for you I'm not in that cult

I turned in like moser last year for ripping
A hole in a seat on the bus and I told Rob to his face I'm sure nothing is gonna happen cuz he plays soccer and of is parents

It makes me want to puke that since Bella had to go back to Homeschooling, it left her weak twin alone to now get sexually assaulted

↩ You replied to participant

I turned in like moser last year for ripping
hole in a seat on the bus...

Exactly!!!!! Soccer kids!

You blocked messages and calls from Rico Hernandez's Facebook account

Exhibit 3, p.10

Bechard/Lapan Subpoena Response p.11



**Rico Hernandez**

Ur turned kobe in for throwing food on the bus

Owen p?

Yep!

Figured

He's a starter as well so I'm sure excuses will be flying

I would go as far as u can the kid is arrogant cuz of his parents

Talk to Stan if u can if ur worried about kristA

Unfortunately for them, Ringer told Haylee she was too busy on Friday to handle the situation but once I found out -



**Rico Hernandez**

Unfortunately for them, Mrs. Ringer told Haylee she was too busy on Friday to handle the situation but once I found out - given the family - I knew the police needed to be involved anyway

Email him and tag Rob and krista maybe

↩ You replied to participant

Talk to Stan if u can if ur worried about kristA

He sends everything to Krista

I'll be there Monday morning with the police report.  They'll be talking to the school as well. Chelsea and Haylee are not taking the bus

I know he does but if he knows then maybe something



**Rico Hernandez**

I know he does but if he knows then maybe something will happen that way it won't be pushed under the rug

They won't be able to this time. Owen was smart enough to take a picture of how he had Chelsea restrained. He took the picture on Chelsea's phone

So the police already have that photo.

That's good

And clearly Dennis won his case if he's back to driving

I'm thinking about adding m  neras on the new buses that we get



**Rico Hernandez**

I'm thinking about adding more cameras on the new buses that we get

I do think Dennis will be extremely upset when he finds out some things happened on Friday while he was driving, but it's mainly Debby

He still has a law suit goin I think

I know Alaina has her criminal stuff still going too

That's what happens when you deal with big names in Chazy

Yea don't get me started on Alaina. She gives me the finger every time I drive bus h  e thinks I turned her in at the school for parking in  andicap but it was brandy

Exhibit 3, p.11

Bechard/Lapan Subpoena Response p.12



**Rico Hernandez**

in at the school for parking in the handicap but it was brandy 😊

The trooper was sooo good with Chelsea and Haylee. Chelsea has Haylee as witness as well, which helps too. And it's worse than what I know of Alaina's situation

Well hope u get justice I like owens parents but Owen needs his ass kicked

The trooper actually said Krista probably shouldn't have a job since she told Haylee she didn't have time

I do know Chad is very v~~~~trict so it's not that I think they won't be livid.



**Rico Hernandez**

needs his ass kicked

The trooper actually said Krista probably shouldn't have a job since she told Haylee she didn't have time

I do know Chad is very very strict so it's not that I think they won't be livid.

I've always really liked Tammy. I do not know Chad well.

Tammy told me once that owen can be not so good

Yeah, he still isn't allowed to have Snapchat after 2-3 years

But it's also like you said... he's an arrogant kid who still thinks his dad can just get him of anything

I kicke owne off the bus one day for trying to ride



**Rico Hernandez**

his dad can just get him out of anything

I kicke owne off the bus one day for trying to ride without a pass he gets off and says do u know who I am ?? I said yea a kid that's not riding this bus 😊

She should of told Dennis right then he would of done something

Touching my daughter in a private area without consent on multiple occasions when she says stop and tries to get away from him.... Not going to go over smoothly

Yea I hear ya

That's the issue with Chelsea. She won't. She's so scared of what people will say or think. That's why Haylee went to the



**Rico Hernandez**

Touching my daughter in a private area without consent on multiple occasions when she says stop and tries to get away from him.... Not going to go over smoothly

Yea I hear ya

That's the issue with Chelsea. She won't. She's so scared of what people will say or think. That's why Haylee went to the office.

She realizes now that this is a serious matter and everyone will listen and help.

U need to
Make sure u tell them exactly what day and which bus cuz deb bus will be gone half ↓ ay Monday but Dennis bus will be there

Exhibit 3, p.12

Bechard/Lapan Subpoena Response p.13





Exhibit 3, p.13

Bechard/Lapan Subpoena Response p.14









Exhibit 3, p.14

Bechard/Lapan Subpoena Response p.15









Exhibit 3, p.15

Bechard/Lapan Subpoena Response p.16



**Rico Hernandez**

Give me a min

Yeah the last I heard is that he is braindead and they are saving the organs.  Obviously when I asked you if you heard something, I had the worst fear. Then not long after Scott called me while he was in the woods and I just Frickin knew once I saw his name.

Chelsea and Haylee won't be at school and odds are pretty good won't return to Chazy. They were already having all kinds of issues with kids yesterday blaming them for Owen's suspension. This was a sure way to REALLY hurt my Daughter. That's for damn sure! It's been a mix of emotions here. I didn't tell Chelsea until almost 9pm because I had to process it myself. I was a mess. I know how this is going to change her entire life. Then she is in such shock and feels like she should have dealt with the assault. What a hard thing to handle.  I've



**Rico Hernandez**

called me while he was in the woods and I just Frickin knew once I saw his name.

Chelsea and Haylee won't be at school and odds are pretty good won't return to Chazy. They were already having all kinds of issues with kids yesterday blaming them for Owen's suspension. This was a sure way to REALLY hurt my Daughter. That's for damn sure! It's been a mix of emotions here. I didn't tell Chelsea until almost 9pm because I had to process it myself. I was a mess. I knew how this is going to change her entire life. Then she is in such shock and feels like she should have dealt with the assault. What a hard thing to handle.  I've explained over and over how none of this is her fault, because it isn't.

Feel sooooo incredibly heartbroken for Chad and Tammy. Cannot even fathom or process what they are going through.



**Rico Hernandez**

entire life. Then she is in such shock and feels like she should have dealt with the assault. What a hard thing to handle.  I've explained over and over how none of this is her fault, because it isn't.

Feel sooooo incredibly heartbroken for Chad and Tammy. Cannot even fathom or process what they are going through.

U did wat u had to do

I know. Just never wanted anything bad to happen to him besides getting into counseling and not being near my daughter

10/17/2    AM



**Rico Hernandez**

10/17/23, 7:20 AM

Well the parents should of been there with him

I know

Did he shoot himself

He did

At his dad's Plattsburgh store

Jesus Christ

In a loaded

Loader

Exhibit 3, p.16

Bechard/Lapan Subpoena Response p.17







Exhibit 3, p.17



**Rico Hernandez**

That's what I figured. Just based on those who were on scene

Stan said to keep Chelsea and Haylee out all week. I'm going to bring them to cvtec though

at1230 i heard in 3hrs he was gonna be dead

Oh gosh

sorry passed

That makes my stomach turn.

Did they take him off life support or something?

i think that was the three hours the frame

**Rico Hernandez**

i think that was the three hours time frame

Oh

that was from office high ups

It is very heartbreaking.

it is

I'm so glad they canceled classes

I was very annoyed with my two 7th graders though. So it's almost like they need to figure something out. Khloe and Zoe were complaining about being bored because of it.

**Rico Hernandez**

I'm so glad they canceled classes

I was very annoyed with my two 7th graders though. So it's almost like they need to figure something out. Khloe and Zoe were complaining about being bored because of it.

I did explain to them how everyone who knew him is impacted

they could of went home

I was at Chelsea's counseling

as long as there was a parent home

of yea

**Rico Hernandez**

of yea

10/17/23, 3:21 PM

Just heard... Pulling life support at 4pm. BHSN has to do a wellness check on Chelsea this evening

They want to check on her after she finds out he has passed.

Hope she is ok

cant imagine wats she is goin thru

It sure is hard.

10/18/23, 9:33 PM

Exhibit 3, p.18

Bechard/Lapan Subpoena Response p.19



**Rico Hernandez**

10/18/23, 9:33 PM

There are 6 cameras on each bus?

No

There are two inside and one outside

Oh that's what I thought

One in the front and rear

I actually wanna get more cameras when I order new buses

Yeah



**Rico Hernandez**

buses

Yeah

I'm just wondering why a cousin of Tammy and Chad is telling people they saw the bus video and there were 6 cameras on the bus and it only shows people sitting on a bus

I haven't seen a video.

The only people that say that video was me Stan, Krista and now the police

That's what I figured. I knew the investigator has it today

I have the hard drive out away ↓ u can only see the video from my computer



**Rico Hernandez**

I have the hard drive out away and u can only see the video from my computer

He called me. But I have to call Him back to ask about Tuesday - Thursday

Who called u

BCI investigator

Oh I heard this has been goin on since school started

Is that true

Not to that d... Before he was only tickling them

Oh



**Rico Hernandez**

Not to that degree. Before he was only tickling them

Oh

Bella slapped him and he stopped until she went back to homeschooling

How's is chelsea

They have been friends all year. I was even sending in snacks for Owen for them to all eat on the bus. Then that week things escalated.

↩ You replied to participant

How's is chelsea

She wants to go back to school tomorrow against my wishes

Exhibit 3, p.19

Bechard/Lapan Subpoena Response p.20



**Rico Hernandez**

How's is chelsea

She wants to go back to school tomorrow against my wishes

They need normalcy

Sitting at home gonna drive them crazy

Could you see anything on the video or just the whole seat belt thing?

Stan highly discourages her going back.

Then have her stay home

She won't listen

She wants to try to see if she can handle it



**Rico Hernandez**

She won't listen

She wants to try to see if she can handle it

Maybe have her stay home till Monday

10/19/23, 12:23 PM

hey i just wanna make sure u understand that u support u and what happened to ur daughter but i also totally devistated with what happened to owen i mean i picked him up monday and bought to the school for the principal and we talked about sports and shit and i just i just keep picturing his face he [↓] asking me why he was getting picked up i never [...] him cuz it wasnt my place but i just want u to know i still support you as a



**Rico Hernandez**

hey i just wanna make sure u understand that u support u and what happened to ur daughter but i also totally devistated with what happened to owen i mean i picked him up monday and bought to the school for the principal and we talked about sports and shit and i just i just keep picturing his face he kept asking me why he was getting picked up i never told him cuz it wasnt my place but i just want u to know i still support you as a freind i will always be here just needed to get it off my chest sorry

Oh gosh I know. I can't imagine how that is

I don't look at it as being on one side or another of anything.

ok thank u idk y i feel like crap [↓] it it



**Rico Hernandez**

ok thank u idk y i feel like crap about it

A child died. There's no side to be on. It's not Chelsea's fault for submitting a complaint.

But gosh I can't stop thinking about him and his parents. It's earth shattering!

its not she did wat needed to be done

but just wanted to let u know that

No worries at all. Owen was an overall great kid who has memories with Everyone in Chazy.   It's heartbreaking and I've never cried so much in my life!

i think about u know maybe i should of told him and

Exhibit 3, p.20

**Rico Hernandez** ℹ

i think about u know maybe i should of told him and maybe i could of said hey if u need to talk to someone about anything u could talk to me or something ya know show support idk mybe im just over reacting

Just think about his Dad feels. I lose sleep over how his parents are feeling.

Someone who was at the courtyard said that his dad was screaming at him so bad and smashed his phone. But I don't know if it's true or not.

There are too many rumors to even know.

10/19/2    ↓    PM

---

**Rico Hernandez** ℹ

10/19/23, 12:54 PM

omg 😊 ↩ ⋮

It's heartbreaking. The amount of people who think it's a one side or the other thing. It's not one bit. I removed the Facebook app on my phone because too many people were posting the craziest rumors. I wish people would bring suicide awareness to the forefront and make sure we are really supporting our kids.

i knoe

know

idk i can see him being mad b    ↓    nt say what i do cuz im not in that position

---



**Rico Hernandez** ℹ

It's heartbreaking. The amount of people who think it's a one side or the other thing. It's not one bit. I removed the Facebook app on my phone because too many people were posting the craziest rumors. I wish people would bring suicide awareness to the forefront and make sure we are really supporting our kids.

i knoe

know

idk i can see him being mad but cant say what i do cuz im not in that position

10/19/?    ↓    PM

Me either. Don't know what the school said to them that day

---



**Rico Hernandez** ℹ

10/19/23, 1:49 PM

Me either. Don't know what the school said to them that day

1/2/24, 9:50 PM

I had the pleasure of seeing your wife's DISGUSTING comment on a post regarding the terrible Chazy community who continues to support sexual assault. So here are my final words to you...

Thankfully Kylie is 19 and will be smart enough to make her own decisions, but not only did you ruin the life of my 19 year old by being the worst parent in the history of the world for many years- you also  de   d to attempt to ruin the life of another child. By conve    y losing video on the bus WHICH I KNEW YOU WOULD. I even said it would happen. I cannot

---



**Rico Hernandez**

Thankfully Kylie is 19 and will be smart enough to make her own decisions, but not only did you ruin the life of my 19 year old by being the worst parent in the history of the world for many years- you also decided to attempt to ruin the life of another child. By conveniently losing video on the bus WHICH I KNEW YOU WOULD. I even said it would happen. I cannot wait to sue the school over this matter. But still thankful one video wasn't lost because why would Dennis have that happen? He already knows what pieces of shit Chazy school is. He knows they only support perpetrators and last names. Thank you for your comment about "she should have moved." Owen needed to keep his hands off my daughter's vagina - how about that??? Yes, that's the right answer. People like the soccer players needed to [not] threaten kids because a child was sexually assaulted and t[he] [p]erpetrator decided to kill himself. That's on him. Not on my kid. "Poor soccer boys" we feel so



**Rico Hernandez**

He knows they only support perpetrators and last names. Thank you for your comment about "she should have moved." Owen needed to keep his hands off my daughter's vagina - how about that??? Yes, that's the right answer. People like the soccer players needed to not threaten kids because a child was sexually assaulted and the perpetrator decided to kill himself. That's on him. Not on my kid. "Poor soccer boys" we feel so terrible the pain they are in. "They are grieving" so it's okay that they threaten the life of another kid. Absolutely not. My daughter is the ONLY person who has felt pain. First by being touched inappropriately and then the death threats and losing someone who harmed themselves. How confusing it was for her. Thankfully she's above that. Thankfully we had the state police involved. It's comments like Tessa's that is going to make me post MY story. I am FOIL requesting the entire investigation so I can po[st] [th]e FACTS! The FACTS that the video shows Owen's hands in my child's seat for 26 minutes out of



**Rico Hernandez**

touched inappropriately and then the death threats and losing someone who harmed themselves. How confusing it was for her. Thankfully she's above that. Thankfully we had the state police involved. It's comments like Tessa's that is going to make me post MY story. I am FOIL requesting the entire investigation so I can post the FACTS! The FACTS that the video shows Owen's hands in my child's seat for 26 minutes out of 35. The facts that my daughter's statement was supported by witnesses and the video. Chazy should be and will be ashamed of the way you all continue to victim shame. NO FEMALE is safe in that building. It's been proven by Alaina's case and now my own daughter. May you have the life you deserve. Let's hope your children are never assaulted. And gosh if something terrible happens, hopefully they'll have a parent who supports the[m] instead of shames them! Doesn't look like it though!!! Tes[sa ha]s been a terrible human from day one of trying to force my child to eat food and screaming



**Rico Hernandez**

look like it though!!! Tessa has been a terrible human from day one of trying to force my child to eat food and screaming endlessly at her. Neither of you ever deserved to have Kylie in your life and THANK GOD you weren't!!!!! Thank GOD for those who stood up to show her what a real father and man are.

Oh and PS. I don't even know who Theresa is! Probably just someone who realizes you don't glorify suicide

What are u talking about

Bechard/Lapan Subpoena Response p.23



### Rico Hernandez

nothing malicious about her comment it was a simple statement.

3h    Like    Reply

**Theresa Konkoski**
Does anyone know the story behind his death/suicide? Food for thought. All that " looks" good isn't necessarily the case 😂😂

4d    Like    Reply

Tessa Marie replied · 8 replies

**Steve Gonyea**
Co championship? So sad the world we love in

4d    Like    Reply

**Dennis Giddings**
That was beautiful

**Tessa Marie**
Theresa Konkoski I'm just now seeing these comments and am very saddened by your comment. You have no idea what our sons, his friends, teammates have been through. The fact that he is gone so young and that these boys wanted to remember him and keep him with them is what mattered. They pushed through and worked so hard to accomplish what they did and you have to downplay that with your hurtful comments. You may have lived through your own pain and suffering, but you haven't lived through these boys pain and suffering so to run your mouth about it was unnecessary and sad.

21h    Like    Reply    2

**Theresa Konkoski**

She definitely gave me the will power to officially seek an attorney. So thank you! I needed that. And the community needed that.

Sent

Exhibit 3, p.23

Bechard/Lapan Subpoena Response p.24



Bechard/Lapan Subpoena Response p.25



Bechard/Lapan Subpoena Response p.26





Bechard/Lapan Subpoena Response p.28





Bechard/Lapan Subpoena Response p.29



**Left phone (9:59):**

Kari

Oct 18, 2023 at 4:56 PM

I really don't know if it's true or not but Khloe said that Olivia was telling her class that it was Haylee's fault he's dead. Just something to see if it's even true. I can't see it being true

She said she doesn't talk to anyone in her class

She said it was Olivia and Sophia Chapman

Idk, but I can't see her sister saying that about her

I wouldn't think so either

Oct 18, 2023 at 7:32 PM

Did Stan tell you Haylee can go back to Chazy tomorrow?

Haven't talked to him

Oh ok. I had made him aware Chelsea was going to return tomorrow but he told me he doesn't think she should

**Right phone (10:00):**

Kari

Oh idk, I never contacted him, I figured if it goes terribly bad she can get picked up

Have to try it at some point

Haylee really wants too

That's what I said too. But he basically told me no

Technically he can't tell you no, she goes to that school

He told me he can't tell me no, but highly discourages it because "emotions are running high"

Well he is the one who is in there seeing the kids, so idk, I really think you should at least let her go to cvtec, they are so wonderful, and that way she gets some normalcy

I will for sure.

Maybe they can go for just lunch, and if it's terrible they go home, if not they stay

My daughter didn't do anything

Exhibit 3, p.29

Bechard/Lapan Subpoena Response p.30



Bechard/Lapan Subpoena Response p.31

Exhibit 3, p.31

Bechard/Lapan Subpoena Response p.32



**Maggie Ann**

View profile

OCT 19, 2023 AT 10:34 AM

Hi! I agree with your post. The are so many rumors out there. Disgusting rumors. But Please stop speaking my child's name to people. I want her name out of people's mouths. Also, have you seen any video from the bus? No? Me either. I only know from the police that the video from Tuesday - Thursday was conveniently lost and not working. Only the Friday video was there when my daughter was strapped down with seat belts connecting to the seat behind her that she could not get out. I also know that you are lying saying there are 6 cameras on a bus. There are 2 cameras inside a bus. 1 outside a bus. Everyone knows this. I highly doubt cameras can see inside



**Maggie Ann**

bus? No? Me either. I only know from the police that the video from Tuesday - Thursday was conveniently lost and not working. Only the Friday video was there when my daughter was strapped down with seat belts connecting to the seat behind her that she could not get out. I also know that you are lying saying there are 6 cameras on a bus. There are 2 cameras inside a bus. 1 outside a bus. Everyone knows this. I highly doubt cameras can see inside seats. I know for a fact it did not see kids sitting peacefully as you keep trying to spread. Considering I have a photo Owen took on my daughter's phone which proves that isn't valid since he was standing. Where are you getting your inside information from if only the principals and police have seen the video?

**Maggie Ann**

Where are you getting your inside information from if only the principals and police have seen the video?

Here's the difference between you and I... I refuse to bring down kids. I did not want my daughter's personal life to be spoken about. I'm heartbroken about Owen. I sent extra snacks every single day with my girls to share with him because he always liked it! One of my twins went back to homeschool a few weeks ago due to other bullying issues, and Chelsea decided she wanted to stay. You won't see me posting anything negative about any child. This is a sensitive time. My daughter does not lie. She did not make up her experience.

But just think for a moment.... Imagine reporting an incident that made you uncomfortable

You've blocked Maggie



**Maggie Ann**

But just think for a moment.... Imagine reporting an incident that made you uncomfortable because someone was touching you inappropriately and you said stop, but they didn't. Then they tell you that because your boyfriend won't do it, they have to. You try to report it right on Friday but the school says they don't have time even though your friend tells Mrs. Ringer it's urgent. You still don't feel comfortable and are worried about Monday so you take the advice of others and speak to police. You spend 4-5 hours with them. On Monday, the police told you to bring the report to the school. You do and after a few hours the child is suspended. After that a tragedy like no other happens. Imagine receiving messages telling you you won't make it to 18 because the students assume it's your fault since the suspension was

You've blocked Maggie

Exhibit 3, p.32



**Maggie Ann**

your friend tells her. Anger is urgent. You still don't feel comfortable and are worried about Monday so you take the advice of others and speak to police. You spend 4-5 hours with them. On Monday, the police told you to bring the report to the school. You do and after a few hours the child is suspended. After that a tragedy like no other happens. Imagine receiving messages telling you you won't make it to 18 because the students assume it's your fault since the suspension was after you met with them in the office. Imagine a PARENT not involved calling you a murderer. Imagine being traumatized and kids around the north country threatening you. Imagine being so scared for your life you can't go to the bathroom in your house alone. You're afraid of every window. You cry nonstop. You feel guilty even though you shouldn't because you were



**Maggie Ann**

office. Imagine a PARENT not involved calling you a murderer. Imagine being traumatized and kids around the north country threatening you. Imagine being so scared for your life you can't go to the bathroom in your house alone. You're afraid of every window. You cry nonstop. You feel guilty even though you shouldn't because you were protecting your body. You finally found your voice. You needed it to stop. But here you are today... lost, scared, being harassed, having your uninvolved sister harassed. Kids trying to get to you so you kill yourself. There was a tragic event which occurred and we are so sad about that. This doesn't take away the trauma which she already was facing. This doesn't take away what happened to her. She has the RIGHT to report an incident. She also has the right to privacy.

9:38



**Maggie Ann**

to stop. But here you are today... lost, scared, being harassed, having your uninvolved sister harassed. Kids trying to get to you so you kill yourself. There was a tragic event which occurred and we are so sad about that. This doesn't take away the trauma which she already was facing. This doesn't take away what happened to her. She has the RIGHT to report an incident. She also has the right to privacy. People are DISGUSTING. A child took their own life. That is absolutely horrific. I cannot even begin to fathom his parents feelings. I've shed many many many tears as well. I refuse to publicly post about my child's experience because I refuse to take away from the person everyone knew and loved in Owen. He was always a great kid. I think he made a couple of poor choices last week and we wanted to make

**Maggie Ann**

many many tears as well. I refuse to publicly post about my child's experience because I refuse to take away from the person everyone knew and loved in Owen. He was always a great kid. I think he made a couple of poor choices last week and we wanted to make sure our daughter felt comfortable and safe. I also do not believe he did what he did because of my Daughter. She was not harassing him. She was not bullying him. At all.

A child's life was already lost way too early in life. He had an incredible future ahead of him. I'm asking you to stop engaging in behavior to encourage my daughter to kill herself. I'm very shocked adults in the North Country would engage in such behavior.

Sent

Exhibit 3, p.33

**Destiny Cronkrite**

## Destiny Cronkrite

You are now connected on Messenger

OCT 20, 2023 AT 1:18 PM

Hi Destiny. I've heard some rumors are coming from you and I know it's the worst time of your family's life right now. It's very important to understand that having others bully a child isn't a great idea either. The facts are the facts and Chelsea is extremely traumatized from the whole situation. Her and Owen have been friends for so long. He made some poor decisions last week and sadly the school would not listen on Friday. They told Haylee and Chelsea they were too busy even when they said it was urgent. Fast forward to me finding out details and needing to ensure the safety of my girl since she did not feel safe getting on the bus. Monday morning we went to the

---

**Destiny Cronkrite**

last week and sadly the school would not listen on Friday. They told Haylee and Chelsea they were too busy even when they said it was urgent. Fast forward to me finding out details and needing to ensure the safety of my girl since she did not feel safe getting on the bus. Monday morning we went to the school and needed something to be done to make her feel safe. Having someone, especially a close friend, touch you forcibly and say "if xxxx won't do it, I will" then the whole buckling her up with multiple seat belts. I have the statements. Conveniently the school lost video from Tuesday - Thursday, but they do have the Friday video which supports my daughter's statement. It is not on Chelsea that they decided to suspend him for 5 days. His choices not Chelsea's. So please stop telling people that.

---

**Destiny Cronkrite**

will" then the whole buckling her up with multiple seat belts. I have the statements. Conveniently the school lost video from Tuesday - Thursday, but they do have the Friday video which supports my daughter's statement. It is not on Chelsea that they decided to suspend him for 5 days. His choices are not Chelsea's. So please stop telling people that. As I've told everyone who has threatened her life or calling her a murderer, my daughter is beyond herself. She loved Owen as a friend and mourns his loss probably even more than most. She NEVER EVER EVER wanted anything bad to happen to him, she just needed to protect her body. Gosh I hope you're never in that position. Last week does not define who Owen was. He was always a great kid. Chelsea brough a snacks for him every day for almost the whole

---

**Destiny Cronkrite**

She NEVER EVER EVER wanted anything bad to happen to him, she just needed to protect her body. Gosh I hope you're never in that position. Last week does not define who Owen was. He was always a great kid. Chelsea brought extra snacks for him every day for almost the whole year. Until it escalated and she couldn't get it to stop. She said it many times. Haylee knew how bad Friday was and forced her to speak up. That's the right decision. To protect your body. I'm so sick over how the family is feeling. I cannot even imagine and send more love than ever to the entire family. This is a terrible tragedy and something no one in the world should deal with. I refuse to make a public post to tell her "side" or share the facts. I just ask you respect my daughter's life and not aid for her death.

---



9:42

**Destiny Cronkrite**

decision. To protect your body. I'm so sick over how the family feeling. I cannot even imagine and send more love than ever to the entire family. This is a terrible tragedy and something no one in the world should deal with. I refuse to make a public post to tell her "side" or share the facts. I just ask you respec my daughter's life and not aid for her death.

OCT 20, 2023 AT 1:42 PM

We are all fiercely mourning a tragic loss. I hope for your children's sake you get them and yourselves the help that you all need. Please do not reach out to ANYONE in my family anymore. Leave us alone. And go fuck yourself.

Bechard/Lapan Subpoena Response p.35



**Screenshot 1 — Jennifer Rainford**

8:34 — 5G

OCT 19, 2023 AT 9:00 AM

Are people really blaming Chelsea for what happened?

They are.

And it's absolutely horrible.

She did nothing wrong. And that's just the end of the story. We are so completely heartbroken over his death. Owen went to preschool with my girls as well. I cannot stop thinking about Tammy and Chad. Then having to protect my daughter from kids wanting to make her kill herself.

Wow I'm sorry. That's not right at all. This had way more then what happened to her for him to do this. It's not her fault

Oh absolutely. The school wouldn't meet with Haylee and Chelsea on Friday so we went first thing Monday morning. I didn't want her back on the cvtec bus. After they spoke with him, He was suspended for 5

**Screenshot 2 — Jennifer Rainford**

Oh absolutely. The school wouldn't meet with Haylee and Chelsea on Friday so we went first thing Monday morning. I didn't want her back on the cvtec bus. After they spoke with him, He was suspended for 5 days for the investigation to complete. It wasn't a life or death situation.

It makes me sick to my stomach to think about what he was thinking. To feel so alone. Gosh I've been there before.

But this is Chelsea's side...

Imagine reporting a sexual assault incident and having everyone talk about it. Imagine receiving messages telling you you won't make it to 18. Imagine a PARENT not involved calling you a murderer. Imagine being traumatized and kids around the north country threatening you. Imagine being so scared for your life you can't go to the bathroom in your house alone. You're afraid of every window. You cry nonstop. You feel guilty even

**Screenshot 3 — Jennifer Rainford**

Imagine reporting a sexual assault incident and having everyone talk about it. Imagine receiving messages telling you you won't make it to 18. Imagine a PARENT not involved calling you a murderer. Imagine being traumatized and kids around the north country threatening you. Imagine being so scared for your life you can't go to the bathroom in your house alone. You're afraid of every window. You cry nonstop. You feel guilty even though you shouldn't because you were protecting your body. You finally found your voice. You needed it to stop. But here you are today... lost, scared, being harassed, having your uninvolved sister harassed. Kids trying to get to you so you kill yourself. There was a tragic event which occurred and we are so sad about that. This doesn't take away the trauma which she already was facing. This doesn't take away what happened to her. She has the RIGHT to report an incident. She also has the right to privacy. A child took their own life. That is absolutely horrific. People

**Screenshot 4 — Jennifer Rainford**

event which occurred and we are so sad about that. This doesn't take away the trauma which she already was facing. This doesn't take away what happened to her. She has the RIGHT to report an incident. She also has the right to privacy. A child took their own life. That is absolutely horrific. People should focus on mental health and how to ensure our kids feel safe enough to come to us.

Wow that's not right for her to feel that way. I'm so sorry. This affected everyone so differently. She has every right to report anything that makes her uncomfortable. Please hug her for me. I'm so sad she is feeling like this

She's going back to Chazy today and I don't even know how or why she wants to

Kids are so cruel. If only they knew the facts they would know this was not all cause of her. I guess he was having a very hard time already

Exhibit 3, p.35

Bechard/Lapan Subpoena Response p.36



**Jennifer Rainford**

She's going back to Chazy today and I don't even know how or why she wants to

Kids are so cruel. If only they knew the facts they would know this was not all because of her. I guess he was having a very hard time already

I wanna hug her so bad

I'm sad to hear he was having a hard time. All school year I was sending in extra snacks for him on the cvtec bus. I truly do not and never have thought he was a bad kid. I think he made a couple poor decisions and my daughter is just not the one to have a voice. Heart breaks sooo badly for everyone. I've cried so many tears for him

I've actually corrected a few rumors. One was that he raped Bella in the school bathroom 3 months ago. Who even makes somethi... up like that? That's impacti... is character as well. Kids are gross.



**Jennifer Rainford**

on the cvtec bus. I truly do not and never have thought he was a bad kid. I think he made a couple poor decisions and my daughter is just not the one to have a voice. Heart breaks sooo badly for everyone. I've cried so many tears for him

I've actually corrected a few rumors. One was that he raped Bella in the school bathroom 3 months ago. Who even makes something up like that? That's impacting his character as well. Kids are gross.

Wow 😊

Please hold those girls tight and explain that the world is a crazy place. Never be afraid to speak up!!! Again I'm so sorry to everyone that was affected from this

Sending you hugs!!! It's such a loss for the community

OCT 25, 2... 9:24PM



**Jennifer Rainford**

It is absolutely normal. It's devastating. I highly encourage you to speak with a counselor if you need to. I think we often forget as parents that speaking with a therapist can be so helpful. Sending hugs your way. I think about him nonstop as well. Sorry you're struggling. I am going to seek counseling because for me it also made me extra anxious about leaving my kids at all.

OCT 25, 2023 AT 9:41PM

I think I will reach out to someone tomorrow.

Definitely!! Also know that we are a small community. The kids are all like our own. So it's okay to be a mess. 💕

OCT 28, 2023 AT 7:12PM

What adults are running their mouths? I wish all this would just stop! 😊



**Jennifer Rainford**

On who? I'm sorry you guys are going through this

I know at least Jess Poirier

I don't really know her to well

Anyone harasses my child it's not going to be pretty

And that's what happened

This entire situation has become so bad. No one should be harassing no one 😊

There's really not much to it. No one did anything to cause him to do what he did. He made his own decisions. My daughter has the right to file a complaint for someone touching her vagina multiple times when she says STOP and NO.

It's terrible that Owen is no longer here and my daughter shares that grief. But it is NOT her fault OR Haylee's. Maybe his parents shouldn't have been so crazy t... ay when he got suspended. I don't know. They

Exhibit 3, p.36



**Jennifer Rainford**

There's really not much to it. No one did anything to cause him to do what he did. He made his own decisions. My daughter has the right to file a complaint for someone touching her vagina multiple times when she says STOP and NO.

It's terrible that Owen is no longer here and my daughter shares that grief. But it is NOT her fault OR Haylee's. Maybe his parents shouldn't have been so crazy that day when he got suspended. I don't know. They should definitely stop spreading LIES because my child's statement and the video align with each other

I'm sorry you're going through this. Please keep your girls safe. I know there's been alot of crap at school with them and other kids. I told Elijah to stay out of it and not be a part of whatever is going on!

They've actually been fine with other k...

---

**Jennifer Rainford**

They've actually been fine with other kids

Chelsea is with Pryce, Novak, and Avery now

That's good

Messenger upgraded the security of this chat. Messages and calls are secured with end-to-end encryption.
Learn more

MAR 22 AT 2:45 PM

Hi! Just an FYI as I don't comment on a lost life. It's tragic. My daughter was NOT raped. How disgusting to spread a false rumor. There's never been another case as well. Please don't spread false things. Saying someone was raped is really disgusting while speaking about children and suicide. Be better. Best of luck!

Oh yeah and I do not talk to Maria Robert!

ju can now message and call each other and see info like active status and when you have read messages.

---

**Jennifer Rainford**

Oh yeah and I do not talk to Maria Robert!

u can now message and call each other and see info like active status and when you have read messages.

I do apologize on my choice of words.

Sadly it's just not true. It's heartbreaking a life was lost and nothing I ever wanted to happen. But my child was not raped. Touched inappropriately, yes. But nothing that wouldn't have been resolved. Prayers for everyone as I hope the school starts being held accountable for bullying and all the things. But I will need to utilize your statements as proof of defamation of character

You can say Maria is my family but I haven't spoken to her in 5 years or more 😆

---

8:37 ⬆                    ᴵᴵᵈ 5G 🔋

**Jennifer Rainford**

MAR 23 AT 2:57 PM

I see that you are unable to provide the name of the so-called "other boy" to their father because the claim is entirely false. You cannot fabricate a name because it simply does not exist—this is nothing more than a baseless and harmful rumor.

I have my own case against Chazy, and your comments only further support it. However, my priority is not financial gain but advocating for the future of boys and girls who have experienced trauma and feel powerless to speak up. Too many remain silent out of fear of harassment, bullying, and damage to their reputation.

It has also come to my attention that you have made statements about Bella, who was not involved in this situation in any way. For clarification, both of my children were homeschooled following Covid. They returned at the beginning of 11th grade, but Bella left within two weeks

📷  🖼  🎤   Aa          😊  👍

Exhibit 3, p.37

Bechard/Lapan Subpoena Response p.38



**Jennifer Rainford**

It has also come to my attention that you have made statements about Bella, who was not involved in this situation in any way. For clarification, both of my children were homeschooled following Covid. They returned at the beginning of 11th grade, but Bella left within two weeks due to relentless bullying—having food thrown at them simply for existing. Bella is particularly sensitive and does not have the same resilience as Chelsea. As a direct result of your comments, she is now under supervision to ensure her mental well-being.

You should reflect on the consequences of your words and actions, as you have actively contributed to the harassment of teenage girls you do not personally know. Furthermore, for the record, Chelsea and Elijah dated when they were approximately 10-11 years old. Please stop spreading the false narrative that you are well-acquainted with my daughters—they have not been close to anyone in that class

**Jennifer Rainford**

You should reflect on the consequences of your words and actions, as you have actively contributed to the harassment of teenage girls you do not personally know. Furthermore, for the record, Chelsea and Elijah dated when they were approximately 10-11 years old. Please stop spreading the false narrative that you are well-acquainted with my daughters—they have not been close to anyone in that class since before Covid and quite frankly have rarely been around you (if at all), and not at all during their teenage years.

We do not condone bullying or harassment in any form. It is truly shocking that anyone would attempt to push a child toward self-harm. That is the fundamental difference between you and me—I care about the well-being of all people. There is not a single person I would wish harm upon. The fact that you would engage in such behavior is beyond reprehensible.

This is my final message to you.

**Jennifer Rainford**

well-acquainted with my daughters—they have not been close to anyone in that class since before Covid and quite frankly have rarely been around you (if at all), and not at all during their teenage years.

We do not condone bullying or harassment in any form. It is truly shocking that anyone would attempt to push a child toward self-harm. That is the fundamental difference between you and me—I care about the well-being of all people. There is not a single person I would wish harm upon. The fact that you would engage in such behavior is beyond reprehensible.

This is my final message to you. I was up all night worried about the safety of my children because of people like you. Your actions have real consequences, and I refuse to waste any more energy engaging with someone who enables and perpetuates harm.

Exhibit 3, p.38

Bechard/Lapan Subpoena Response p.39



Bechard/Lapan Subpoena Response p.40



**Marie**
Hooks Point, NY

Oct 28, 2023 at 7:07 PM

Part of his family, including Jess Poirier harassed Chelsea and Haylee today

We had to call the state police.

I was in Vermont

Oh my gosh!! What did they do ? 😡😡

Chelsea and Haylee had Chevy too. They were sitting watching the game and Jess Poirier went up on the bleachers in their face saying they need to rot in hell

And that they are liars. Calling them bitches.

They walked off the bleachers and she followed them

All the way to the gate

Stood there screaming at them. In their face.

Wtf 😡😡😡



**Nicky**

Oct 19, 2023 at 11:56 AM

What time does Chelsea get to chazy

I have been thinking about her all day

She's there

Cvtec was awful she said. She was ok at first then she had to go to the bathroom. When she went down the hall she saw a kid whose girlfriend was calling her a murderer. She said she had a major panic attack and went to the office. She spent the rest of the time there crying. She STILL wanted to go to Chazy.

I sent that to her counselor. So it was Ashtyn she saw

New rumor I heard today: his dad was screaming at him in the court yard and someone saw him smash his phone. Also told he took off in car from his house and drove to poiriers... who knows what is true

Oh my goodness, that girl is SOOOOO brave. Glad you sent it



**Nicky**

That seems like a more believable story in the courtyard

Agreed

I really think it's his dads reaction to whatever. That's why we couldn't go directly to him because of how Tyler said he reacts.

Someone told Chelsea yesterday that he wasn't worried about the charges because they were going to get a good lawyer. But that doesn't even make sense because there were no charges yet.

And who knows if there would have been 🤷 I don't freaking know because an investigation still never happened.

I'm sure he made that comment, that is what ppl with money always say. I think that is the problem, they jumped to conclusions before it was all looked at.

I think the parents, at least Dad went crazy before just stopping to



**Nicky**

I saw the mom the other day. Bag of bones. I was shocked

Oh I can't even imagine honestly

She looked so so sad and ill

I wouldn't be able to eat or sleep at all

Hell no

I mean they saw their child like that

I really think i'd be in the hospital

Bad part of suicide, we are left here with the pain and trauma

I would need to be medicated 24/7

I know and there's not a single second when I don't just feel so awful for them in that moment

I really really do. I think about it often. And even about how lonely Owen was in the moment

Can't even imagine

**Nicky**

Can't even imagine

😢 to "I really really do. I think about it often. And even about how lonely Owen was in the moment "

And truly I get pissed at Chazy more and more

Agreed!!!!!!!

If they would have just addressed the issue on Friday – different story, different outcome

I wish they would get mad at the right ppl.... THE SCHOOL

For sure.

Exhibit 3, p.40





Chelsea

Nov 30, 2023 at 8:19 AM

this girl told me i couldn't walk her all the way down and that "she has to go by herself" like what...

she stopped me at the elementary office

lol of course

Nov 30, 2023 at 12:39 PM

Was your locker clean?

no i took the stuff out

It still had stuff on the lock??

mhm

Chelsea

Nov 28, 2023 at 2:29 PM



look at what they did to my locker...

usually there is gum there and food that gets thrown in it

Exhibit 3, p.42

Bechard/Lapan Subpoena Response p.43

**Chelsea**

Oct 23, 2023 at 11:27 AM

uh ig we are staying here all day

nvm

> Ok

> How was the bus

good

michael just came up to me and asked if i was getting bullied and stuff for the whole situation

and he said it's not my fault

> That's so kind of him ❤️

i was so surprised

> I'm happy to hear he did that because I was worried about him

me too tbh

this morning ms.ringer and mrs.adams came with us

also

---

**Chelsea**

also

> Geez.  Scott talked to Rob this morning

> He never ever ever said it was your fault either

> Rob obviously has been wanting to reach out but understood it was such a sensitive situation. He did NOT say anything like it was told to us.  He said he probably could have changed his words a bit but on Tuesday said: "As of today, he is not kicked off the team, but he is suspended for something he did wrong."

> 💗

chef tyler asked if his kids were saying stuff to me and asking if they had a part in the bullying

> Did you tell him Emily is always a bully?

i said she doesn't like me

but my face got so red i could feel it

iMessage

---

**Chelsea**

> I bet

> I don't know why she doesn't like you

and everyone was staring at me so it made it worse

michael asked who was bullying me and i could not tell him cause he'd like hurt them or something 😂

> I am really really really glad he did that though

me too

he felt so bad

> I am sure he does but it's no one's fault. He didn't know

i could see it in his face

> It's ok to tell him it's not his fault too

> He may feel some kind of guilt for helping with the seat belt situation

---

**Chelsea**

> Are you in the car yet

> Are you good or what

we're home

pryce was crying

it was so sad

> Yeah I am sure it was a tough one

good thing we won

> Did the parents speak to them?

pretty sure they left or moved to the other parking lot

> Oh

> I'm sure they left. It's not an easy thing to do

> Hopefully Pryce is okay now

he is now

> Did you talk to him After the game

Exhibit 3, p.43

Bechard/Lapan Subpoena Response p.44









Exhibit 3, p.44

Bechard/Lapan Subpoena Response p.45











Exhibit 3, p.45

Bechard/Lapan Subpoena Response p.46



Exhibit 3, p.46



**Screen 1 — Chelsea**

Oct 12, 2023 at 7:43 PM

Buddy!

Oct 13, 2023 at 10:13 PM

Oct 14, 2023 at 1:29 AM

can you ask hillary if i can go on tuesday but at the end of the day

Yes

**Screen 2 — Chelsea**

Oct 16, 2023 at 9:51 AM

gosh cv-tec made me cry

Why

bc she was being so sweet

owen left the school

he's on his way to chazy to get talked to

but i still want scott to get me and haylee

Did the guidance counselor call you down?

they got me from the math room

pretty sure she was crying too

Aww

same with the guy that was in there

his eyes got so red

he said if someone did that to his daughter he would be in jail

**Screen 3 — Chelsea**

Oh my gosh...

yea

michael is getting in trouble too

I'm so glad they went to get him

she took me to a different door so i couldn't see him bc he was outside the room

I'm so thankful

i think cv-tec cares more than the school jeez

That's what I just said

both of them were basically crying

while the school was just like "oh i'll talk to him"

Oct 16, 2023 at 11:27 AM

If you want Haylee with you at school. I'd tell them that you need her for support

Exhibit 3, p.47

Bechard/Lapan Subpoena Response p.48



**Screenshot 1 (4:01)**

Hannah Roussy
Active now

MAR 23 AT 3:18 PM

Hi Hannah! I wanted to personally thank you for your comment yesterday in support of my daughter. This has been extremely traumatic for her. The amount of bullying and harassment she has received due to reporting a Chazy soccer player for touching her inappropriately is beyond what we can handle. Simple comments like yours give her hope and help save her life quite honestly. I have no idea why Plattsburgh Street Team allows this to be shared but since it's a well-known family – that would be my guess. Anyways, since we do not know you, I just wanted you to know that a kind word yesterday helped stop some tears for even just a moment 🖤

You can now message and call each other and see info like active status and when you have read messages.

I hope she remembers she is not alone and there are people who believe her and support her. I have family con ↓ :ions to chazy school but nave never

**Screenshot 2 (4:01)**

You can now message and call each other and see info like active status and when you have read messages.



Hannah Roussy
Active now

I hope she remembers she is not alone and there are people who believe her and support her. I have family connections to chazy school but have never liked the way that their soccer team is treated as if they're beyond reproach. I think this lawsuit is bullshit and the family wants to blame someone other than their own child for what happened.

I think they also do not want to address why he had access to a gun to begin with.

I noticed the article stated that they don't.know where he got it. I assume it belonged to his parents but who knows.

No, it just says that they won't comment on it. It was his dad's. He was brought to work at True Value after he was suspended

Ohhhhh okay. I'm sure the dad feels guilty as fuck so looking to place blame anywhere else. I had heard that ↓ as terrified of what his dad would do if he

**Screenshot 3 (4:01)**

they don't.know where he got it. I assume it belonged to his  rents but who knows.

No, it just says that they won't comment on it. It was his dad's. He was brought to work at True Value after he was suspended

Ohhhhh okay. I'm sure the dad feels guilty as fuck so looking to place blame anywhere else. I had heard that he was terrified of what his dad would do if he lost soccer. Granted I didn't know him and it's a lot of third hand shit

Yeah same here! I heard a lot of that as well about his dad, but since I was never around it - I can't speak to it

At the end of the day, I think it's truly devastating that a child lost their life. It's just not my daughter's fault. She has the right not to be touched without permission. Or tied down with seatbelts.

Exactly. It's tragic that he felt that was the only.option for himself. But your daughter absolutely hold ↓ 'o responsibility for what. She did

**Screenshot 4 (4:02)**

right not to be touched without permission. Or tied down with seatbelts.



Hannah Roussy
Active now

Exactly. It's tragic that he felt that was the only.option for himself. But your daughter absolutely holds zero responsibility for that. She did not ask for this. I don't know her but I've seen some of the nasty shit people have said online, typical victim blaming etc, and it's just so disgusting. I'm sorry she has to see that n

Absolutely! And it's because he was a popular kid with a well-known Chazy family and my daughter is a quiet girl not from Chazy

Outsiders have always had issues with those life long chazy families. And it's fuckin gross. My cousin's all went there. One of them married the soccer coach. But the environment has always been so toxic unless you're one of the golden ones.

I have my own case against Chazy, but I don't publicize things fo ↓ attention. My case is to help ↓ ort future victims! I hate Chazy school more than

Exhibit 3, p.48



**4:02**

**Hannah Roussy**

daughter is a quiet girl not from Chazy

Outsiders have always had issues with those life long chazy families. And it's fuckin gross. My cousin's all went there. One of them married the soccer coach. But the environment has always been so toxic unless you're one of the golden ones.

I have my own case against Chazy, but I don't publicize things for attention.  My case is to help support future victims! I hate Chazy school more than anyone else and homeschool all my kids now because of it

All of the local schools really need to step up and figure out how to handle these types of things.

I agree completely.  Bullying is out of control because of social media. The amount of death threats my child received is insane. Chazy had said "they are just grieving and don't know how to handle it."

Another soccer player during that had messaged from inside the scho to tell the witness that "you better tell your mom to

---

**4:02**

**Hannah Roussy**

All of the local schools really need to step up and figure out how to handle these types of things.

I agree completely.  Bullying is out of control because of social media. The amount of death threats my child received is insane. Chazy had said "they are just grieving and don't know how to handle it."

Another soccer player during that had messaged from inside the school to tell the witness that "you better tell your mom to leave the school now or you won't see 18."

Wasn't held accountable

Like while that may be true, it doesn't excuse it or make it acceptable and it needs to be addressed and handled and if the school can't then the police need to be involved

We had state police involved thank goodness! The school had said "we will deal with it on Monday" when the witness tried to report it to them on Friday. She trie    that day and Krista Ringer said to wait until Monday.

---

**4:03**

**Hannah Roussy**
Active now

when it's an urgent complaint involving a sexual allegation! Disgusting!

Which is interesting since now his family is claiming anti male bias. Which is laughable

Yeah that was a real bad call. It's tough enough for a victim to report. Saying to wait is not okay

I know, I have no idea why they feel that way.  But I don't know how the school handled things that day besides that they picked him up from cvtech & his parents were at the school for hours.  I received the call that he was suspended for 5 days pending the investigation.  He wasn't expelled

Why'd his family think he was expelled?

I think they just had so much happen honestly that they are not remembering

Edited

I mean it's a lot to process since he did it about 5 hours after leaving the school

Right. Not a lot   me to have anyone process anything

---

**4:04**

**Hannah Roussy**
Active now

I mean it's a lot to process since he did it about 5 hours after leaving the school

Right. Not a lot of time to have anyone process anything. Including himself. And unfortunately that cost him his life.

The State Police were scheduled to go to the school on Tuesday to begin the investigation

↰ You replied to Hannah

Right. Not a lot of time to have anyone process anything. Including himself. And unfort...

Yes! Which is incredibly sad. I wish he wasn't left alone because I have empathy. He didn't need to take his life.

I can't Imagine as a parent.knowjngnmy.chikd.was.d o terrified of me that they'd rather die than face my wrath

Wow I can't type sorry I've got my kiddo on my lap

I couldn't either. I get so sad when I think about Owen in that moment feeling so alone truly.

But gosh... my daughter did not deserve to be restrained and

Bechard/Lapan Subpoena Response p.50



Bechard/Lapan Subpoena Response p.51



Bechard/Lapan Subpoena Response p.52



**Screen 1 (10:01, Chelsea):**

Oct 12, 2023 at 7:43 PM

Buddy!

Oct 13, 2023 at 10:13 PM

Oct 14, 2023 at 1:29 AM

can you ask hillary if i can go on tuesday but at the end of the day

Yes

**Screen 2 (10:00, Chelsea):**

Oct 16, 2023 at 9:51 AM

gosh cv-tec made me cry

Why

bc she was being so sweet

owen left the school

he's on his way to chazy to get talked to

but i still want scott to get me and haylee

Did the guidance counselor call you down?

they got me from the math room

pretty sure she was crying too

Aww

same with the guy that was in there

his eyes got so red

he said if someone did that to his daughter he would be in jail

**Screen 3 (10:00, Chelsea):**

Oh my gosh...

yea

michael is getting in trouble too

I'm so glad they went to get him

she took me to a different door so i couldn't see him bc he was outside the room

I'm so thankful

i think cv-tec cares more than the school jeez

That's what I just said

both of them were basically crying

while the school was just like "oh i'll talk to him"

Oct 16, 2023 at 11:27 AM

If you want Haylee with you at school. I'd tell them that you need her for support

Exhibit 3, p.52

**10:00**

Chelsea

Oct 16, 2023 at 11:27 AM

If you want Haylee with you at school. I'd tell them that you need her for support

i am

Ok

I just don't know what's happening

me either

Scott said he's walking you in at least

okay

We haven't received ANY calls

i bet

Just message me if there's a time you need me to go there

okay

does khloe have practice today?

Yes

iMessage

---

**9:59**

Chelsea

Let me know what happens

I don't really understand but if he's not there – that's good

we went back to the office and told her we need to talk to ms.ringer

Ok

She's the one who told you to go to the office

okay we are going back to class and we'll be in lunch but after that we have to go to the office

Ok

But Owen is gone at least

yeah but idk what's going to happen this whole week

Well I'll be getting a call for that

okay

Text Message · SMS

Suspended for 5 days during the

iMessage

---



**9:59**

Chelsea

Text Message · SMS

Suspended for 5 days during the investigation, not allowed near the school, state police will do the investigation during this time and will determine further action. State police already have been in contact and go there tomorrow. Obviously if there are findings, more action to be taken. Guessing they reviewed video too since they just called

Sent as Text Message

iMessage

yeah she said he won't be here for 5 days

wtf is gonna happen when he comes back

He will only come back if he can

That's just the initial thing to get this done

So don't worry about that

i'm gonna tell them i don't want to stay 8th

iMessage

Exhibit 3, p.53







Exhibit 3, p.54

Bechard/Lapan Subpoena Response p.55





Exhibit 3, p.55

Bechard/Lapan Subpoena Response p.56







Exhibit 3, p.56

Bechard/Lapan Subpoena Response p.57



look at what they did to my locker…

usually there is gum there and food that gets thrown in it



~halley bushey
15h ago

I can't believe that they caused you to do this

Exhibit 3, p.57

Bechard/Lapan Subpoena Response p.58



**Facebook user**

10/16/23, 1:37 PM

They won't let me go in there with her

Chelsea isn't happy

> Oh man!

> Suspended for 5 days during the investigation, not allowed near the school, state police will do the investigation during this time and will determine further action. State police already have been in contact and go there tomorrow. Obviously if there are findings, more action to be taken

Oh no, when are the invesagators supposed to talk to us

> I am thinking tomorrow. The 5 days are only for them to do the investigation. It could be permanently

> That's just the initial

**Facebook user**

> That's just the initial

Gotcha, Conner and Micheal just got sent to the main office

> Yeah cvtec did tell Chelsea that Michael would be in trouble as well

10/16/23, 2:25 PM

Conner got 3 days of detention and Micheal won't say

10/16/23, 2:45 PM

> Ohh

**Facebook user**

10/28/23, 1:30 PM

Owen's aunt just came over here

And told us to rot in hell

Exhibit 3, p.58

Bechard/Lapan Subpoena Response p.59

**Alaina Pilon**

Alaina Pilon

10/13/23, 8:55 PM

Alaina Pilon

knows the truth. Will you and your friends still laugh and make fun of me...
Facebook

Hugs

i went in there to buy a monster and almost left in tears because his little sister thought it was funny to whisper and talk shit about me with a group of kids from chazy.. it genuinely upsets me because she used to be my friend and I didn't do anything to her..

That is pathetic! My daughter is now going through the same Situation with a different student. We have the police coming tonight!! Don't let them bother you. They are disgusting humans!

tell her I'm here if she wants to talk and needs any advice. I helped another girl through it last year. I'm sorry she's going through it. it fucking sucks. pretty sad I can't even go into the Stewart's without being harassed by them when I did absolutely nothing to that family.



**Alaina Pilon**

That is pathetic! My daughter is now going through the same Situation with a different student. We have the police coming tonight!! Don't let them bother you. They are disgusting humans!

tell her I'm here if she wants to talk and needs any advice. I helped another girl through it last year. I'm sorry she's going through it. it fucking sucks. pretty sad I can't even go into the Stewart's without being harassed by them when I did absolutely nothing to that family.

I have a feeling that's going to happen to Chelsea. When it's "big names" in Chazy, they never want to believe the victims!!!

my family will stand behind her 100% and do anything to help you guys. at this point, I don't care who believes me. I've heard the horrendous things his family has said about me, as if I did somethin wrong. but there day will come in court.



**Alaina Pilon**

"big names" in Chazy, they never want to believe the victims!!!

my family will stand behind her 100% and do anything to help you guys. at this point, I don't care who believes me. I've heard the horrendous things his family has said about me, as if I did something wrong. but there day will come in court.

just let her know I'm here if she wants to talk.. and she might not want too (I didn't ether) but a therapist is also really helpful. I can recommend one too.

She has one!!!

I'll let her know thank you!

Yw, and don't be afraid to reach out if you or Scott need anything. Scott's helped us countless times:)

10/17/2...  PM

Exhibit 3, p.59



**Alaina Pilon**

10/17/23, 7:59 PM

Hope Chelsea is doing ok 🖤 ❤️

Receiving all kinds of death treats!

Threats*

Victim blaming. Everything. It's terrible.

no shit. I just asked my dad about Owen not even realizing that it was him. He was one of the kids being an asshole to me in Stewart's the other day.

Of course he was... that day in Stewart's he actually grabbed her stomach which is less than he did on the bus, but still

so then he didn't want to face consequences. had chazy done something when it origi... ...appened, it wouldn't have escalated this far. we still mean what we said- we still stand by you guys



**Alaina Pilon**

Of course he was... that day in Stewart's he actually grabbed her stomach which is less than he did on the bus, but still

so then he didn't want to face consequences. had chazy done something when it originally happened, it wouldn't have escalated this far. We still mean what we said- we still stand by you guys. ❤️

Kinda blows my mind people are feeling sorry for him and not her.. what if it was the other way around.

Yeah absolutely. He was suspended on Monday for it while the state police finished their investigation. They reviewed the video they had.  He made poor choices.. Not Chelsea. So disgusting.

Incredibly sad a life was lost, Chelsea's was definitely changed forever!

absolutely disgusting and I ho... ...nelsea is not blaming herself at all for coming forward because not only was



**Alaina Pilon**

absolutely disgusting and I hope Chelsea is not blaming herself at all for coming forward because not only was she affected by the trauma now this happened & everyone is blaming her. ❤️

I hope she knows she is no way responsible for his actions.

Thank you so much for your kind words!

of course, I can only imagine the pain she's in. ❤️

5/21/24, 10:38 AM

Hey are you still taking care of the dogs at the jail? We have an unopened bag of puppy food & a barely used bag of adult food that we'd donate to them. Walter & Nellie just don't like it and we... ...sitive to it so she didn't want to give it to Nash...

Exhibit 3, p.60

Bechard/Lapan Subpoena Response p.61







Exhibit 3, p.61

Bechard/Lapan Subpoena Response p.62







Exhibit 3, p.62

Bechard/Lapan Subpoena Response p.63



Exhibit 3, p.63

Bechard/Lapan Subpoena Response p.64





Loralee Bechard <loraleeparah@gmail.com>

---

## Photo of Chelsea
2 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Sun, Oct 29, 2023 at 2:53 PM
To: Bryan.caron@troopers.ny.gov



**IMG_2391.jpeg**
1754K

---

**CARON, BRYAN (TROOPERS)** <BRYAN.CARON@troopers.ny.gov>      Sun, Oct 29, 2023 at 4:20 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Received, thank you.

## Bryan J. Caron

Senior Investigator

SP Champlain

**New York State Police**

116 West Service Road, Champlain, NY 12919

518.298.6210 - Office | 518.956.4812 - Division Cell | 518.298.5212 - Fax

Bryan.Caron@troopers.ny.gov

www.troopers.ny.gov

**From:** Loralee Bechard <loraleeparah@gmail.com>
**Sent:** Sunday, October 29, 2023 2:54 PM
**To:** CARON, BRYAN (TROOPERS) <BRYAN.CARON@troopers.ny.gov>
**Subject:** Photo of Chelsea

You don't often get email from loraleeparah@gmail.com. Learn why this is important

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

CONFIDENTIALITY NOTICE: This e-mail, including any attachments, may contain highly sensitive and confidential information. It is intended only for the individual(s) named. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

Exhibit 3, p.66

 **Gmail**

Loralee Bechard <loraleeparah@gmail.com>

## Case # 02-24-61044
1 message

**Loralee Bechard** <loraleeparah@gmail.com>                     Mon, Nov 6, 2023 at 10:42 AM
To: Ocr.newyork@ed.gov

I've attached the police documents for this harassment case at a school event. The resolution with the school was that they cannot do anything until the police decide if they will give an order of protection. Even though it is in the code of conduct that you cannot threaten students. We are still going through this process with state police. But again on 11/4 at another event, my daughter was stalked by the family.  Another adult spoke to the family and threatened to have them arrested. School officials did nothing except support #24 attire on the soccer team again. We can only hope that there isn't a student suffering greatly from depression who sees all the fame suicide is bringing.  But also, another poor victim experiencing sexual assault and afraid to bring it up due to the school's failed attempt at handling of the situation.  As of today, there's been nothing mentioned by the school about suicide prevention or sexual harassment acknowledgment.

---------- Forwarded message ----------
From: **Stan Maziejka** <smaziejka@chazy.org>
Date: Monday, October 30, 2023
Subject: Incident at School Event
To: Loralee Bechard <loraleeparah@gmail.com>
Cc: Robert McAuliffe <rmcauliffe@chazy.org>


Thank you, Rob will handle once your husband or state police have contacted us.


Stan
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135


On Oct 30, 2023, at 12:59 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:


Thank you very much for your response.  I appreciate you looking into this matter.  This morning Chelsea was fearful that Jessica would run her over with her truck if she saw her.  Thankfully, I transport my children and we did not see her this morning. My husband remains the best point of contact. I know he will be in touch when we have additional information from the State Police regarding the safety of my daughter, as well as Haylee.

On Monday, October 30, 2023, Stan Maziejka <smaziejka@chazy.org> wrote:
Dear Mrs. Bechard,

Thank you for bringing this concerning incident to our attention. We take the safety and well-being of our students and attendees very seriously, and we deeply regret that such behavior occurred at the soccer game in Beekmantown this weekend.

We understand the gravity of the situation and the distress it has caused your daughter and her friend. Please recognize that we will be taking immediate action to address this matter. We will work closely with the State Police and any other relevant authorities to thoroughly investigate the incident and ensure appropriate measures are taken.

Exhibit 3, p.67

Please be assured that we will cooperate fully with any orders of protection and any legal actions that may arise from this incident. Our primary goal is to create a safe and inclusive environment for all participants at our school events whether on our campus or a neutral site like Beekmantown. We will not tolerate any form of threatening or harassing behavior from adults or anyone else.

We appreciate your patience as we gather more information about the incident. Once we have a clearer understanding of the situation, we will communicate with you promptly to discuss the steps we will be taking to ensure the safety of your daughter and all other students.

If you have any additional information or concerns, please do not hesitate to contact us. We are committed to resolving this matter swiftly and effectively.
Just so you are aware I am out of the office for the week and Rob McAuliffe is the acting superintendent. That said I will be in contact with Mr McAuliffe throughout the week.

Thank you for your understanding and cooperation.

Respectfully,

Stan Maziejka

Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

> On Oct 29, 2023, at 7:37 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:
>
> Hello,
>
> I want to make sure you were made aware of the threats made to my daughter, Chelsea LaPan and her friend Haylee Kelsh, at the soccer games this weekend. This was a school event and threatening behavior from adults should not be allowed. Jessica Poirier MacNerland went in my daughter's face to tell her to rot in hell. She stalked them, harassed them, and wouldn't leave them alone. She mentioned to Haylee that Chelsea better hope she doesn't see her alone. That is a direct threat to my daughter. My husband works until 12pm tomorrow and will be in touch then. We are looking for this woman to be trespassed from school functions and grounds to promote a SAFE environment. It's unacceptable that this is allowed to occur at a soccer game with no adults intervening. They had to rush to the fire station across the street to get to safety until the State Police arrived. AND they even had a baby with them.
>
> Of course the State Police are involved again and we will be looking for an order of protection. We should have more information tomorrow.
>
> Thank you.

---

**2 attachments**

Exhibit 3  p.68



**image.jpg**
2640K



**image.jpg**
2111K

Exhibit 3, p.69

Bechard/Lapan Subpoena Response p.70

 Gmail

Loralee Bechard <loraleeparah@gmail.com>

## Case # 02-24-61044

1 message

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Nov 6, 2023 at 10:33 AM
To: Ocr.newyork@ed.gov

Please see attached for some evidence regarding my case.  I've attached different photos to support that the school continues to support the suicide of a student and not my child who has been sexually assaulted. I also attached the confirmation from my fax going through for my consent form. I will send additional emails supporting my case that Chazy does not handle sexual assaults cases appropriately and continues to victim blame students. Haylee Kelsh is a witness to the sexual assault.  Her and Chelsea continue to be harassed during school events. NO protection for them. The student who sent the messages saying they won't make it to 18 was not held accountable.  He sent that while at school during school hours while the school was shut down but open for students during this tragic event.  They told us that he's just a teenage boy with strong emotions for losing his friend.  I will send the police documents in another email.

Also to note: The school already has an open case on them from 2021.  They allowed Dayton Rovers, accused of sexual assault, to continue (and Chazy supported) going to CVTEC but not attend Chazy due to his victim being in the school (Alaina Pilon). This year, my other daughter wanted to continue CVTEC but not attend Chazy however they declined my request.  Why does Chazy only support males who are accused of sexual assault?

---------- Forwarded message ----------
From: **Stan Maziejka** <smaziejka@chazy.org>
Date: Thursday, October 19, 2023
Subject:
To: Loralee Bechard <loraleeparah@gmail.com>


Dear Mrs. Bechard,

I appreciate your understanding and your thoughtful response. Your concern for your daughter's well-being, as well as your recognition of the broader impact of this situation, is duly noted.

It is important to emphasize that our primary goal is to ensure the safety and well-being of all our students, including your daughter. We fully understand that this is a complex and emotionally charged situation, and we are committed to upholding the principles of fairness, dignity, and support for all involved parties.

I want to reassure you that we take the issue of supporting survivors of sexual assault very seriously. We are fully aware of our legal obligations under state and federal law, and we are dedicated to upholding them. The school is committed to ensuring that those who report incidents of sexual assault are treated with respect and provided with the support they need.

We understand the importance of fostering a school environment in which all students feel safe, supported, and free from blame or judgment. Any behavior or comments that insinuate your daughter's responsibility for the situation will not be tolerated. We will take swift and decisive action to address such instances and ensure that she does not bear the burden of blame.

Our school counselor is ready and available to provide support and guidance to your daughter should she face any form of bullying, harassment, or retaliation from individuals within our school community. We are dedicated to helping her navigate through this challenging time and ensuring that she continues to feel safe and supported within our school environment.

Exhibit 3, p.70

Please know that our priority is the well-being of all our students, and we are here to provide the necessary assistance to help your daughter through this difficult period. We are committed to working with you to address any concerns and provide the support she requires.

Once again, thank you for your understanding and your thoughtful approach to this matter. We are here for your family and will continue to do our utmost to uphold the values of respect, dignity, and support within our school community.

Thanks.

Stan

On Thu, Oct 19, 2023 at 7:50 AM Loralee Bechard <loraleeparah@gmail.com> wrote:
Thank you for your response. I noticed you did not comment about Chelsea's responsibility in this situation. His death is absolutely a tragedy, but what happened to my 16yo daughter is also tragic. It is now exponentially worse than the actual forcible touching. She needs to understand that his decisions never were and still are not her fault. Other students need to see that those who report sexual assault are supported by the school. Protecting a complainant in this way is not only my emotion speaking, but is the school's obligation under state and federal law.

I appreciate the support you provided on Monday to our family. I understand you're in a difficult position of handling two heartbroken families, a heartbroken faculty, student body, and community. As I indicated before, my heart grieves for his family and friends. I remember him as a 3 year old. I know that his actions against my daughter does not define him as a person. However, I want to be clear that I expect my daughter will be treated with respect and dignity by the entire school community regardless of emotions. I expect that if anyone says anything that insinuates she is responsible for his suspension or death, you will address it swiftly and firmly. Under no circumstances can she be made to feel that the school no longer supports her reporting a sexual assault, either by the school's actions or inactions. Further, I expect that the school counselor will check in on her should there be any form of bullying, harassment, or other retaliation by any individuals involved with the school.

If you have questions or concerns about my expectations on maintaining my daughter's physical and emotional safety, I welcome the opportunity to discuss this with you.

On Thursday, October 19, 2023, Stan Maziejka <smaziejka@chazy.org> wrote:
Chelsea is welcome to attend school and I have no fear for her safety on campus.
Emotions are with adults and students as they are dealing with a tragedy.  We are all heartbroken.
If coming to school would make Chelsea feel better and get her back to a sense of normality by all means send her to school.

Stan
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

On Oct 18, 2023, at 9:58 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:

I am very disheartened and concerned by your email basically requesting my child to not attend school because you say "emotions are high".  What does that actually mean? Does it also mean you are discouraging the rest of my children from going to school? Am I sending them into an environment where they aren't going to be safe because of what's going on? I believe emotions are high because the school has helped fuel those emotions. Ever since the unfortunate incident on Monday afternoon occurred the school administrators have done nothing to support my daughter in this whole situation but has assisted with "victim blaming".  All because she filed a complaint to begin an Investigation due

Exhibit 3, p.71

to her personal experience? The email you sent is just another example in my opinion. Your statement "discouraging" Chelsea from going to school because of high emotions from the tragedy. What about what she is feeling and her emotions especially since she is basically a victim twice now with all the victim blaming going on from students which you obviously know and what you are referring to as "high emotion". Another example is for the varsity coach to tell the entire soccer team that even though Owen was suspended from school and possible further action that he would NOT be kicked off the soccer team and "wasn't getting in trouble".  How is this even acceptable? This is just inferring to those students on the team and their parents that he really didn't do anything wrong and shouldn't have been punished in the first place. It also could be thought of as well they are on the soccer team so they can get away with things. This action with everything else is probably what helped create the threatening messages received from those students towards. I do realize that this untimely death is very tragic and my entire family and I also mourn his loss with the rest of the community. My girls and Owen have grown up together. They were friends all year until this escalation. I even sent in extra snacks with my children for them all to share on the bus.

The school has a responsibility to protect all its students especially students who have been a victim of something, reported it, and are now being victim blamed. The school is making an environment from this incident that is going to most likely cause victims of situations to not report it because all the school has done is assisted with victim blaming. Not one school official or school faculty has as of yet reached out to let Chelsea know she is not to blame. My child is not to blame for submitting a complaint.

Please let me know if safety is a concern for all my children. Zoe and Khloe are foster children and Khloe has her last game tomorrow.


On Wednesday, October 18, 2023, Stan Maziejka <smaziejka@chazy.org> wrote:
I would discourage Chelsea from attending Chazy this week with the emotions of the tragedy still running high. My recommendation would be for her  to attend CV-TEC in the morning and then return home for the afternoon.
That said, the decision is yours to make and I will respect and support whatever you decide.
Thanks
Stan

Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135


On Oct 18, 2023, at 4:37 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:


She says both. She wants to try to see if it's something she will be able to do.

On Wednesday, October 18, 2023, Stan Maziejka <smaziejka@chazy.org> wrote:
For clarification, school here at our campus  or cvtec?

Stan

On Wed, Oct 18, 2023 at 2:19 PM Loralee Bechard <loraleeparah@gmail.com> wrote:
Thank you.  At this point, Chelsea still wants to try to attend school tomorrow.

On Wednesday, October 18, 2023, Stan Maziejka <smaziejka@chazy.org> wrote:
Thank you. We will be speaking with her today before school is out. Please keep me aware of any further issues related to social media.

Stan

On Wed, Oct 18, 2023 at 1:19 PM Loralee Bechard <loraleeparah@gmail.com> wrote:
Haley Bushey's screenshots I sent you were from today.

Exhibit 3, p.72

The others provided were from yesterday.

On Wednesday, October 18, 2023, Stan Maziejka <smaziejka@chazy.org>
wrote:
  Can you tell me what time these were sent to Chelsea?
  Yesterday? Today?
  Thanks
  Dr. Stan Maziejka
  Interim Superintendent
  Chazy Central Rural School District
  518-846-7135


> On Oct 18, 2023, at 12:19 PM, Loralee Bechard
> <loraleeparah@gmail.com> wrote:

> Both messages are from Haley Bushey.

> On Wednesday, October 18, 2023, Stan Maziejka
> <smaziejka@chazy.org> wrote:

>> Thank you for bringing this matter to my attention.
>> Your concern is greatly appreciated. In order to
>> address this situation effectively, it would be
>> beneficial for us to identify the individual responsible
>> for sharing this content on social media. If either you
>> or Chelsea happen to know the person involved,
>> please do not hesitate to inform us, and we will
>> promptly initiate a conversation with them.

>> I want to assure you that the district takes a strong
>> stance against any form of bullying or harassment
>> and is committed to providing a safe and inclusive
>> environment for all students. Your cooperation in
>> resolving this issue is vital, and we will take the
>> necessary steps to ensure the well-being of our
>> students.

>> Thank you once again for your communication and
>> cooperation.

>> Stan


>> On Wed, Oct 18, 2023 at 12:04 PM Loralee Bechard
>> <loraleeparah@gmail.com> wrote:


>> --
>> Dr. Stan Maziejka
>> Interim Superintendent
>> Chazy Central Rural School
>> 518-846-7135

--

Exhibit 3, p.73

Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135


--
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135


--
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135

**10 attachments**



**IMG_2496.jpeg**
79K



**IMG_2494.jpeg**
1536K



**IMG_2493.jpeg**
1074K

by just his sophomore year.

"Owen was a great boy," McAuliffe said. "Played hard every day, cared about his friends and his community and his school. I'm a better person because I was around to know Owen Poirier."

**IMG_2405.jpeg**
165K



**IMG_2399.jpeg**
598K



**IMG_2158.jpeg**
628K

**IMG_2146.jpeg**
368K



**IMG_2111.jpeg**
2214K



**IMG_2113.jpeg**
2428K

Exhibit 3, p.75

Bechard/Lapan Subpoena Response p.76

Gmail - Case # 02-24-61044

https://mail.google.com/mail/u/0/?ik=aca7234c37&view=pt&search=all&permthid=thread-a:mmiai-r8029107659258464015&simpl=msg-a:s:171163602...

**IMG_2112.jpeg**
2345K



8/12/25, 9:09 PM

Exhibit 3, p.76

8/12/25, 9:08 PM
Case 8:25-cv-00339-AMN-PJE
Document 81-2
Filed 04/17/26
Page 77 of 121
Gmail - Incident at School Event
Bechard/Lapan Subpoena Response p.77

 Gmail

Loralee Bechard <loraleeparah@gmail.com>

## Incident at School Event

4 messages

**Loralee Bechard** <loraleeparah@gmail.com>                    Sun, Oct 29, 2023 at 3:37 PM
To: Stan Maziejka <sMaziejka@chazy.org>

Hello,

I want to make sure you were made aware of the threats made to my daughter, Chelsea LaPan and her friend Haylee Kelsh, at the soccer games this weekend. This was a school event and threatening behavior from adults should not be allowed. Jessica Poirier MacNerland went in my daughter's face to tell her to rot in hell. She stalked them, harassed them, and wouldn't leave them alone. She mentioned to Haylee that Chelsea better hope she doesn't see her alone. That is a direct threat to my daughter. My husband works until 12pm tomorrow and will be in touch then. We are looking for this woman to be trespassed from school functions and grounds to promote a SAFE environment. It's unacceptable that this is allowed to occur at a soccer game with no adults intervening. They had to rush to the fire station across the street to get to safety until the State Police arrived. AND they even had a baby with them.

Of course the State Police are involved again and we will be looking for an order of protection. We should have more information tomorrow.

Thank you.

**Stan Maziejka** <smaziejka@chazy.org>                    Mon, Oct 30, 2023 at 7:42 AM
To: Loralee Bechard <loraleeparah@gmail.com>, Robert McAuliffe <rmcauliffe@chazy.org>

Dear Mrs. Bechard,

Thank you for bringing this concerning incident to our attention. We take the safety and well-being of our students and attendees very seriously, and we deeply regret that such behavior occurred at the soccer game in Beekmantown this weekend.

We understand the gravity of the situation and the distress it has caused your daughter and her friend. Please recognize that we will be taking immediate action to address this matter. We will work closely with the State Police and any other relevant authorities to thoroughly investigate the incident and ensure appropriate measures are taken.

Please be assured that we will cooperate fully with any orders of protection and any legal actions that may arise from this incident. Our primary goal is to create a safe and inclusive environment for all participants at our school events whether on our campus or a neutral site like Beekmantown. We will not tolerate any form of threatening or harassing behavior from adults or anyone else.

We appreciate your patience as we gather more information about the incident. Once we have a clearer understanding of the situation, we will communicate with you promptly to discuss the steps we will be taking to ensure the safety of your daughter and all other students.

If you have any additional information or concerns, please do not hesitate to contact us. We are committed to resolving this matter swiftly and effectively.
Just so you are aware I am out of the office for the week and Rob McAuliffe is the acting superintendent. That said I will be in contact with Mr McAuliffe throughout the week.

Thank you for your understanding and cooperation.

Exhibit 3, p.77

Respectfully,

Stan Maziejka

Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

On Oct 29, 2023, at 7:37 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:

Hello,
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Oct 30, 2023 at 8:59 AM
To: Stan Maziejka <smaziejka@chazy.org>
Cc: Robert McAuliffe <rmcauliffe@chazy.org>

Thank you very much for your response.  I appreciate you looking into this matter.  This morning Chelsea was fearful that Jessica would run her over with her truck if she saw her.  Thankfully, I transport my children and we did not see her this morning. My husband remains the best point of contact. I know he will be in touch when we have additional information from the State Police regarding the safety of my daughter, as well as Haylee.
[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>                    Mon, Oct 30, 2023 at 9:27 AM
To: Loralee Bechard <loraleeparah@gmail.com>
Cc: Robert McAuliffe <rmcauliffe@chazy.org>

Thank you, Rob will handle once your husband or state police have contacted us.

Stan
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

On Oct 30, 2023, at 12:59 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:

Thank you very much for your response.  I appreciate you looking into this matter.  This morning Chelsea was fearful that Jessica would run her over with her truck if she saw her.  Thankfully, I transport my children and we did not see her this morning. My husband remains the best point of contact. I know he will be in touch when we have additional information from the State Police regarding the safety of my daughter, as well as Haylee.
[Quoted text hidden]

Exhibit 3, p.78

 Gmail

**Loralee Bechard <loraleeparah@gmail.com>**

---

## Case # 02-24-61044
1 message

---

**Loralee Bechard** <loraleeparah@gmail.com>                     Mon, Nov 6, 2023 at 10:46 AM
To: Ocr.newyork@ed.gov

My daughter's deposition regarding the assault.  On Monday, 10/16 - Owen was suspended from school and two other students received detention.  The evening of 10/16, Owen sadly attempted suicide and passed away on 10/18.  I will send the witness statement and another email so documents are not mistaken.

---

**3 attachments**



**image.jpg**
2009K



**image.jpg**
2567K



**image.jpg**
1949K

Exhibit 3, p.79



Loralee Bechard <loraleeparah@gmail.com>

## Urgent Request - Additional Meeting

1 message

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Nov 27, 2023 at 5:58 AM
To: Stan Maziejka <sMaziejka@chazy.org>, Robert McAuliffe <rmcauliffe@chazy.org>

I was very hopeful we were on the right track to a more inclusive environment.  However, I am writing to AGAIN express my deep concern and disappointment after learning about an incident involving Mrs. Poupore, a teacher at the school, discussing my child at a family dinner. The conversation escalated since she was arguing with a Sheriff Deputy and his wife. That Sheriff Deputy and School Resource Officer will be providing a statement.

During a Thanksgiving Dinner, Mrs. Poupore discredited my child stating she has "done this before" to another student. She implied that Chelsea was not telling the truth and that she was responsible for the tragic event. The information shared by Mrs. Poupore not only violates my daughter's privacy but also contributes to false rumors circulating about her. This situation is distressing, especially considering the assurances given during our recent meeting on Monday regarding the safety of my children within the school. Even more troubling is the accusation of victim-blaming, which is not only inappropriate but also highly concerning given her position in the school. This situation amounts to slander against a student but also raises serious questions about the confidentiality of sensitive information within the school.

I urge you to thoroughly investigate this matter. The impact of Mrs. Poupore's statements is far-reaching, and it has led to unwarranted rumors about my daughter. This misinformation is not only harmful to her reputation but again contradicts the commitment to maintaining a safe and supportive learning environment.

I am requesting an additional meeting, including my husband and Mr. McAuliffe, to address this matter promptly. It is crucial that we discuss measures to ensure such incidents do not recur and that accurate information is communicated within the school community.

Peru promptly addressed a similar situation with professionalism, and I am hopeful Chazy will take similar steps to maintain the school's integrity. It is discouraging to see misinformation being spread by school staff.

Given the severity of the situation, I am left with no choice but to consider legal consultation to protect my children. This is a step that I hope can be avoided through open communication and resolution.

Exhibit 3, p.80

Case 8:25-cv-00339-AMN-PJE    Document 81-2    Filed 04/17/26    Page 81 of 121

I would appreciate it if Mrs. Poupore could provide clarification on the "previous incident" she referred to while gossiping about my student, as well as the other false information she stated. Additionally, I request her immediate removal from ANY involvement with my first-grade student (Leigha Bechard) due to the breach of trust and lack of support for victims of harassment.

I look forward to your prompt attention to this matter and a timely response to schedule a meeting. I can be reached by phone after 8:15am for scheduling.  It is hectic in the morning before school.

Thank you.

Exhibit 3, p.81

 Gmail

Loralee Bechard <loraleeparah@gmail.com>

## Urgent Concerns Regarding Ongoing Bullying and Lack of Support

2 messages

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Nov 13, 2023 at 2:20 PM
To: Stan Maziejka <sMaziejka@chazy.org>

I hope this letter finds you well. I am writing to express my deep concern and frustration regarding the ongoing bullying that my daughter, Chelsea, has been facing at your school. As a parent, it is disheartening to see my child endure such distressing experiences, especially when we, as a family, have taken proactive steps to address mental health and foster open communication.

Upon picking up Chelsea for her counseling appointment today, I noticed she had been crying, prompting me to inquire about her well-being. To my dismay, she revealed instances of persistent bullying, notably by students Caitlyn Harvey and Brooke Stephens. Their inappropriate comments, specifically regarding potential harassment accusations, are not only disrespectful but contribute to an environment that is detrimental to Chelsea's mental health. This was reported immediately after the incident today, but it's my understanding Mrs. Ringer was unavailable, so she was only able to speak with Mrs. Chapman.  Mrs. Chapman informed her that she shouldn't let them impact her grief. It's my belief that the school shouldn't let them bully my child.

Moreover, I am deeply troubled by the apparent lack of action from the school administration in addressing these issues. Chelsea has previously reported a sexual assault, and it is disconcerting to witness her continued victimization within the school premises. I understand that the State Police are in the final stages of their investigation, and I have been informed that their findings align with my daughter's account. It is my expectation that the school takes appropriate measures to ensure Chelsea's safety and well-being during this challenging time.

I implore you to investigate these matters promptly and take decisive action to curb bullying within the school. Bullying not only affects the victim but also the entire school community, fostering an unhealthy and unsafe learning environment. It is crucial that we prioritize the well-being of our students and cultivate an atmosphere that promotes understanding, empathy, and support.

I kindly request a meeting to discuss this matter further and explore potential solutions to ensure all of my children's safety. It makes me even more concerned sending my six year old who cannot advocate for herself. Additionally, I am prepared to take any necessary steps to escalate this issue if a resolution is not

Exhibit 3, p.82

reached promptly. I believe in the importance of creating a school environment that stands against bullying and supports victims of harassment.

Thank you for your attention to this matter, and I look forward to your prompt response.

---

**Stan Maziejka** <smaziejka@chazy.org>                                    Tue, Nov 14, 2023 at 7:05 AM
To: Loralee Bechard <loraleeparah@gmail.com>, Kaitlyn Breton <kbreton@chazy.org>

We understand and empathize with your concerns regarding Chelsea's well-being at our school. Ensuring a safe and supportive environment for all students is of utmost importance to us. We take allegations of bullying seriously and have systems in place to address such matters promptly.

We would like to assure you that we are committed to thoroughly investigating the reported incidents you shared. Additionally, we will have Mrs. Ringer commence an investigation into the specific concerns raised in your email and work towards implementing appropriate measures to address and prevent any further distress for Chelsea or any other student here at Chazy.

We share your commitment to fostering an environment that prioritizes the safety and well-being of our students. As per your request, we are more than willing to arrange a meeting at your earliest convenience to discuss this matter in detail, explore solutions, and ensure a comprehensive resolution.

The school's stance against bullying and our dedication to supporting victims of harassment remains unwavering. I assure you that every step necessary will be taken to address this issue and create a safer environment for all students.

Thank you for bringing this matter to our attention. Kaitlyn Breton, our District Clerk, will be in touch with you this morning to schedule a meeting to further address your concerns and work towards a resolution.

Thank you.

Stan

[Quoted text hidden]

--
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135

Exhibit 3, p.83



**Loralee Bechard <loraleeparah@gmail.com>**

## Case # 02-24-61044
11 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Nov 6, 2023 at 4:03 PM
To: Ocr.newyork@ed.gov

Chazy continues to support the business of the person who has harassed and stalked my daughter.  Again, proving they do not support victims.



**IMG_2499.png**
1853K

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Sun, Nov 26, 2023 at 1:29 PM
To: "Ocr.newyork@ed.gov" <Ocr.newyork@ed.gov>

Hello,

On Thanksgiving Day, Thursday, November 23rd, a teacher at Chazy Central Rural School - Mrs. Poupore (1st grade) - stated to a group of people at a meal (including a Clinton County Sheriff Deputy) that Chelsea has "done this before" and caused the student to harm himself.  She argued with the Sheriff Deputy and continued to spread hate and lies about my child.  Chelsea has never reported a sexual assault incident in the past as she was previously homeschooled.  Furthermore, why is a teacher discussing this matter with the general public?

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Jan 22, 2024 at 4:42 PM
To: "Ocr.newyork@ed.gov" <Ocr.newyork@ed.gov>

Another issue -

First: the teacher admitted to the incident shared below.
Second: Continued bullying occurs to my child with the school doing nothing. Continuous retaliation for my child being sexual assaulted. Disgusting.
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Wed, Jan 8, 2025 at 11:06 PM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>, "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

As you can see, this was first reported on November 26, 2023.
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Wed, Jan 8, 2025 at 11:24 PM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>, "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

Note to add - this was even discussed during "mediation" as it was one of my main concerns.  Another concern in case all of my emails have been lost: the guidance counselor expressing to my child who was getting bullied and harassed every single day that students are "just grieving." Every single child should go to school feeling safe and free of harassment.

Exhibit 3, p.84

EVERY student. Including those who have submitted a sexual harassment complaint against a soccer player. Every student should be allowed to safely sit on a bus without being tied up with seat belts against their will. Every student should not have their body touched without their consent.  Every student has the right to report such incidents to protect themselves and their wellbeing. No student should be harassed by adults during school events.  No teacher should discuss a student's sexual harassment complaint and then add false information on top of it. Every school should take complaints seriously especially when a student says it's an emergency. No parent should be forced to homeschool their children to protect them from an unsafe environment.

Chazy's lack of following state and federal guidelines while handling a very serious complaint is very concerning. I will not give up on requiring a change. I should not be forced to work full time and homeschool full time so my children are free of harassment and bullying. This is unacceptable.  What is next? Now that Chelsea is a senior this year - Chazy won't administer a letter of completion even though she has met every single requirement during homeschool? I am sure that is the next way Chazy will continue to support their friends and impact my child's education and life. The largest issue with a small school district. I am not from Chazy originally, the student who harassed my child has a family who is friends with the teacher, friends with the Superintendent, and friends with counselor.  Very unacceptable and disappointed in New York State for not supporting or caring about a very important issue.  Thank Goodness I have provided a loving home and environment for my child. Constant bullying and harassment mentally impacts teenagers. Sexual harassment changes someone forever.  This should be handled with more care and attention.

[Quoted text hidden]

---

**Kim, Grace D.** <Grace.D.Kim@ed.gov>                                      Fri, Jan 17, 2025 at 1:35 PM
To: Loralee Bechard <loraleeparah@gmail.com>, "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

Dear Ms. Bechard:

We are in receipt of your email below.  Please note that information shared during mediation is confidential and should not be shared with Stacy and me, as we are the investigative staff and not privy to anything mediation-related.

Sincerely,

Grace

---

**From:** Loralee Bechard <loraleeparah@gmail.com>
**Sent:** Wednesday, January 8, 2025 11:25 PM
**To:** Kim, Grace D. <Grace.D.Kim@ed.gov>; Bobbitt, Stacy <Stacy.Bobbitt@ed.gov>
**Subject:** Re: Case # 02-24-61044

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                                Fri, Jan 24, 2025 at 7:15 AM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>
Cc: "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

Thank you! It wasn't only mentioned during that time. I have mentioned it in numerous emails. I was not aware that the information reviewed in mediation was not part of this process. Regardless, when speaking to the representatives during mediation, it was a recap of the multiple emails I've sent regarding my case.   I did not share new information with that team.  I simply forwarded the first email regarding the teacher incident.  Again, she admitted stating false information to the general public.  A teacher should never discuss a student's sexual harassment case, but most certainly shouldn't be making false accusations that she has reported another student before and lied.  The principal at the time made sure she knew this was completely false information.

Exhibit 3, p.85

Is there an escalation point of contact? I have been homeschooling my youngest daughter for over a year due to this teacher incident.  I also want to ensure that Chazy provides a letter of equivalency for my seniors this year since they are the reason my children had to go to homeschooling.

Thank you.

[Quoted text hidden]

---

**Kim, Grace D.** <Grace.D.Kim@ed.gov>                                              Wed, Jan 29, 2025 at 2:31 PM
To: Loralee Bechard <loraleeparah@gmail.com>
Cc: "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>


Dear Ms. Bechard:


We confirm receipt of your email below and will add it to the investigative file.  As you know, the investigation is ongoing and we will let you know if we have any questions about the information you provided.

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                                        Mon, Mar 24, 2025 at 11:44 AM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>
Cc: "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

I am following up again.  Now that the other family is suing the school, my daughter continues to receive threatening messages and online bullying due to the teacher making up that my child has reported someone before.  Please see the attached screenshots. As well as a link to a new article that includes false information on my child.

Please note this article has inaccurate data from the dates, to my child's statement, and so much more.

https://www.timesunion.com/news/article/suit-district-s-mishandling-abuse-allegation-led-20229868.php
[Quoted text hidden]

**2 attachments**


**IMG_5477.jpeg**
524K


**IMG_5484.png**
1753K

---

**Loralee Bechard** <loraleeparah@gmail.com>                                        Wed, May 7, 2025 at 4:43 PM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>

Cc: "Bobbitt, Stacy" <Stacy.Bobbitt@ed.gov>

I am following up as this has been 1.5 years without an update from your team.  I feel as though you are trying to wait until my daughter's 18th birthday, however that will not change the case. She was discriminated against and bullied by the school, teachers, and students.

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                                      Mon, Aug 11, 2025 at 1:08 PM
To: "Kim, Grace D." <Grace.D.Kim@ed.gov>
Cc: OCR-Transition@ed.gov

I am following up as this is absolutely ridiculous to not have any communication regarding discrimination and retaliation of my child submitting a sexual harassment complaint.

[Quoted text hidden]

Exhibit 3, p.87

Case 8:25-cv-00339-AMN-PJE    Document 81-2    Filed 04/17/26    Page 88 of 121

Bechard/Lapan Subpoena Response p.88



**Loralee Bechard <loraleeparah@gmail.com>**

---

# Chelsea LaPan
3 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Oct 16, 2023 at 2:36 PM
To: Stan Maziejka <sMaziejka@chazy.org>

Hello,

Parker Baker walked right up to my daughter and said "it's your fault Owen got suspended."

I do not like this victim shaming. It's not her fault.

Thank you.

---

**Stan Maziejka** <smaziejka@chazy.org>                    Mon, Oct 16, 2023 at 2:38 PM
To: Loralee Bechard <loraleeparah@gmail.com>

We will meet with this student first thing in the morning. Thanks for letting us know!

Stan
[Quoted text hidden]
--
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Mon, Oct 16, 2023 at 2:47 PM
To: Stan Maziejka <smaziejka@chazy.org>

Thank you so much!
[Quoted text hidden]

Exhibit 3, p.88

Bechard/Lapan Subpoena Response p.89



Loralee Bechard <loraleeparah@gmail.com>

## (no subject)

16 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                                   Wed, Oct 18, 2023 at 12:04 PM
To: Stan Maziejka <sMaziejka@chazy.org>



**IMG_2135.jpeg**
2392K

---

**Stan Maziejka** <smaziejka@chazy.org>                                        Wed, Oct 18, 2023 at 12:12 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Thank you for bringing this matter to my attention. Your concern is greatly appreciated. In order to address this situation effectively, it would be beneficial for us to identify the individual responsible for sharing this content on social media. If either you or Chelsea happen to know the person involved, please do not hesitate to inform us, and we will promptly initiate a conversation with them.

I want to assure you that the district takes a strong stance against any form of bullying or harassment and is committed to providing a safe and inclusive environment for all students. Your cooperation in resolving this issue is vital, and we will take the necessary steps to ensure the well-being of our students.

Thank you once again for your communication and cooperation.

Stan

On Wed, Oct 18, 2023 at 12:04 PM Loralee Bechard <loraleeparah@gmail.com> wrote:

--
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School
518-846-7135

---

**Loralee Bechard** <loraleeparah@gmail.com>                                   Wed, Oct 18, 2023 at 12:19 PM
To: Stan Maziejka <smaziejka@chazy.org>

Both messages are from Haley Bushey.
[Quoted text hidden]

Exhibit 3, p.89

**Stan Maziejka** <smaziejka@chazy.org>　　　　　　　　　　　Wed  Oct 18  2023 at 12:35 PM
To: Loralee Bechard <loraleeparah@gmail.com>

We will speak to her and her family today.

Stan

[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>　　　　　　　　　　　Wed, Oct 18, 2023 at 1:10 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Can you tell me what time these were sent to Chelsea?
Yesterday? Today?
Thanks
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135


> On Oct 18, 2023, at 12:19 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:
>
>
> Both messages are from Haley Bushey.
> [Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>　　　　　　　　　Wed, Oct 18, 2023 at 1:19 PM
To: Stan Maziejka <smaziejka@chazy.org>

Haley Bushey's screenshots I sent you were from today.

The others provided were from yesterday.

[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>　　　　　　　　　　　Wed, Oct 18, 2023 at 1:59 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Thank you. We will be speaking with her today before school is out. Please keep me aware of any further issues related to social media.

Stan

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>　　　　　　　　　Wed, Oct 18, 2023 at 2:19 PM
To: Stan Maziejka <smaziejka@chazy.org>

Thank you.  At this point, Chelsea still wants to try to attend school tomorrow.

[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>　　　　　　　　　　　Wed, Oct 18, 2023 at 3:33 PM
To: Loralee Bechard <loraleeparah@gmail.com>

For clarification, school here at our campus  or cvtec?

Stan

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>　　　　　　　　　Wed, Oct 18, 2023 at 4:37 PM

Exhibit 3, p.90

8/12/25, 9:33 PM
Case 8:25-cv-00339-AMN-PJE    Document 81-2    Filed 04/17/26    Page 91 of 121
Gmail (no subject)
Bechard/Lapan Subpoena Response p.91

To: Stan Maziejka <smaziejka@chazy.org>

She says both. She wants to try to see if it's something she will be able to do.
[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>                                    Wed, Oct 18, 2023 at 6:38 PM
To: Loralee Bechard <loraleeparah@gmail.com>

I would discourage Chelsea from attending Chazy this week with the emotions of the tragedy still running high. My recommendation would be for her  to attend CV-TEC in the morning and then return home for the afternoon.
That said, the decision is yours to make and I will respect and support whatever you decide.
Thanks
Stan

Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

> On Oct 18, 2023, at 4:37 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:
>
> She says both. She wants to try to see if it's something she will be able to do.
> [Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                              Wed, Oct 18, 2023 at 7:25 PM
To: scott_bechard@yahoo.com

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                              Wed, Oct 18, 2023 at 9:58 PM
To: Stan Maziejka <smaziejka@chazy.org>

I am very disheartened and concerned by your email basically requesting my child to not attend school because you say "emotions are high".  What does that actually mean? Does it also mean you are discouraging the rest of my children from going to school? Am I sending them into an environment where they aren't going to be safe because of what's going on? I believe emotions are high because the school has helped fuel those emotions. Ever since the unfortunate incident on Monday afternoon occurred the school administrators have done nothing to support my daughter in this whole situation but has assisted with "victim blaming".  All because she filed a complaint to begin an Investigation due to her personal experience? The email you sent is just another example in my opinion. Your statement "discouraging" Chelsea from going to school because of high emotions from the tragedy. What about what she is feeling and her emotions especially since she is basically a victim twice now with all the victim blaming going on from students which you obviously know and what you are referring to as "high emotion". Another example is for the varsity coach to tell the entire soccer team that even though Owen was suspended from school and possible further action that he would NOT be kicked off the soccer team and "wasn't getting in trouble".  How is this even acceptable? This is just inferring to those students on the team and their parents that he really didn't do anything wrong and shouldn't have been punished in the first place. It also could be thought of as well they are on the soccer team so they can get away with things. This action with everything else is probably what helped create the threatening messages received from those students towards. I do realize that this untimely death is very tragic and my entire family and I also mourn his loss with the rest of the community. My girls and Owen have grown up together. They were friends all year until this escalation. I even sent in extra snacks with my children for them all to share on the bus.

The school has a responsibility to protect all its students especially students who have been a victim of something, reported it, and are now being victim blamed. The school is making an environment from this incident that is going to most likely cause victims of situations to not report it because all the school has done is assisted with victim blaming. Not one school official or school faculty has as of yet reached out to let Chelsea know she is not to blame. My child is not to blame for submitting a complaint.

Please let me know if safety is a concern for all my children. Zoe and Khloe are foster children and Khloe has her last game tomorrow.

[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>                                    Thu, Oct 19, 2023 at 6:48 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Chelsea is welcome to attend school and I have no fear for her safety on campus.
Emotions are with adults and students as they are dealing with a tragedy.  We are all heartbroken.
If coming to school would make Chelsea feel better and get her back to a sense of normality by all means send her to school.

Stan
Dr. Stan Maziejka
Interim Superintendent
Chazy Central Rural School District
518-846-7135

> On Oct 18, 2023, at 9:58 PM, Loralee Bechard <loraleeparah@gmail.com> wrote:

[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                              Thu, Oct 19, 2023 at 7:49 AM
To: Stan Maziejka <smaziejka@chazy.org>

Thank you for your response. I noticed you did not comment about Chelsea's responsibility in this situation. His death is absolutely a tragedy, but what happened to my 16yo daughter is also tragic. It is now exponentially worse than the actual forcible touching. She needs to understand that his decisions never were and still are not her fault. Other students need to see that those who report sexual assault are supported by the school. Protecting a complainant in this way is not only my emotion speaking, but is the school's obligation under state and federal law.

I appreciate the support you provided on Monday to our family. I understand you're in a difficult position of handling two heartbroken families, a heartbroken faculty, student body, and community. As I indicated before, my heart grieves for his family and friends. I remember him as a 3 year old. I know that his actions against my daughter does not define him as a person. However, I want to be clear that I expect my daughter will be treated with respect and dignity by the entire school community regardless of emotions. I expect that if anyone says anything that insinuates she is responsible for his suspension or death, you will address it swiftly and firmly. Under no circumstances can she be made to feel that the school no longer supports her reporting a sexual assault, either by the school's actions or inactions. Further, I expect that the school counselor will check in on her should there be any form of bullying, harassment, or other retaliation by any individuals involved with the school.

If you have questions or concerns about my expectations on maintaining my daughter's physical and emotional safety, I welcome the opportunity to discuss this with you.

[Quoted text hidden]

---

**Stan Maziejka** <smaziejka@chazy.org>                                    Thu, Oct 19, 2023 at 8:24 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Dear Mrs. Bechard,

I appreciate your understanding and your thoughtful response. Your concern for your daughter's well-being, as well as your recognition of the broader impact of this situation, is duly noted.

It is important to emphasize that our primary goal is to ensure the safety and well-being of all our students, including your daughter. We fully understand that this is a complex and emotionally charged situation, and

Exhibit 3, p.92

we are committed to upholding the principles of fairness, dignity, and support for all involved parties.

I want to reassure you that we take the issue of supporting survivors of sexual assault very seriously. We are fully aware of our legal obligations under state and federal law, and we are dedicated to upholding them. The school is committed to ensuring that those who report incidents of sexual assault are treated with respect and provided with the support they need.

We understand the importance of fostering a school environment in which all students feel safe, supported, and free from blame or judgment. Any behavior or comments that insinuate your daughter's responsibility for the situation will not be tolerated. We will take swift and decisive action to address such instances and ensure that she does not bear the burden of blame.

Our school counselor is ready and available to provide support and guidance to your daughter should she face any form of bullying, harassment, or retaliation from individuals within our school community. We are dedicated to helping her navigate through this challenging time and ensuring that she continues to feel safe and supported within our school environment.

Please know that our priority is the well-being of all our students, and we are here to provide the necessary assistance to help your daughter through this difficult period. We are committed to working with you to address any concerns and provide the support she requires.

Once again, thank you for your understanding and your thoughtful approach to this matter. We are here for your family and will continue to do our utmost to uphold the values of respect, dignity, and support within our school community.

Thanks.


Stan


[Quoted text hidden]

Exhibit 3, p.93



Loralee Bechard <loraleeparah@gmail.com>

## Leigha Bechard
2 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                                      Wed, Oct 18, 2023 at 7:06 AM
To: Amanda Thew <Athew@chazy.org>

Given recent events, Leigha will be staying home today.  We are deeply saddened by the recent tragedy. Unfortunately, due to prior circumstances my daughter in 11th grade has received some threatening messages and I do not feel safe sending any of my kids today.

Thank you.

---

**Amanda Thew** <athew@chazy.org>                                      Wed, Oct 18, 2023 at 8:08 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Loralee,
I'm so sorry that your family is going through this. I completely understand and you definitely need to do what you feel is best for your family. I am going to pass this along to administrators. Please let me know if there is anything I can do.

Amanda
[Quoted text hidden]
--
Amanda Thew
Elementary Secretary
athew@chazy.org
518-846-7135 ex.515

Exhibit 3, p.94



## Chelsea LaPan

4 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Tue, Jan 16, 2024 at 11:58 AM
To: Rchapman@chazy.org

Chelsea LaPan will not be taking the regents. We are waiting on a few final things before she will transfer to another school. We are working diligently to make this happen for her as soon as possible so she can be in a better environment.

Thank you.

---

**Rachel Chapman** <rchapman@chazy.org>                    Tue, Jan 16, 2024 at 12:13 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Thanks Loralee!
[Quoted text hidden]
--
Rachel Chapman
she/her/hers
School Counselor
Chazy Central Rural School

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Tue, Jan 16, 2024 at 2:51 PM
To: Rachel Chapman <rchapman@chazy.org>

Quite honestly, I am so absolutely done with the bullying of my child.  I'm not sure why students started questioning Chelsea about when she was leaving today after I sent this email.   Mrs. Sample spoke about it in front of students which then led Novak to saying "no one cares."    And do not give me the line of "they are grieving." Grieving = equal bullying.

Thank you.
[Quoted text hidden]

---

**Rachel Chapman** <rchapman@chazy.org>                    Tue, Jan 16, 2024 at 3:24 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Thanks for letting me know Loralee. I have forwarded this to Mrs.Ringer and she will touch base with Chelsea tomorrow.
[Quoted text hidden]

Exhibit 3, p.95



Loralee Bechard <loraleeparah@gmail.com>

---

## Chelsea LaPan

1 message

---

**Loralee Bechard** <loraleeparah@gmail.com>                    Tue, Jan 23, 2024 at 3:04 PM
To: Rachel Chapman <Rchapman@chazy.org>
Cc: Robert McAuliffe <rmcauliffe@chazy.org>

Hi Mrs. Chapman,

Please stop telling my daughter that people do stupid stuff when they are grieving. As I already made you aware, grieving does not mean a student can bully and harass my children. You told her again this morning that grieving is an excuse. It is not.  My daughter went through something very traumatic and continues to have to deal with this on a daily basis. I do not care if you are friends with family members.  I appreciate your understanding.

Thank you.

Exhibit 3, p.96



Loralee Bechard <loraleeparah@gmail.com>

## Jake Poirier
11 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                               Mon, Jan 22, 2024 at 4:51 PM
To: Kringer@chazy.org, Robert McAuliffe <rmcauliffe@chazy.org>
Cc: scott_bechard@yahoo.com

As you continue to allow Chelsea to be bullied and harassed due to reporting a sexual assault incident, Jake is now targeting Khloe Hutchins as well.  Today he went up to Khloe and said "are you sisters with Chelsea Lapan?"  She said "yeah" and he said.. "I hate her and now I hate you."

It is time for Chazy NOT to allow bullying and harassment of victims and their family.  This is unacceptable behavior. I am absolutely tired of counselors in the school telling my child "they are just grieving" and expect her to deal with constant rumors, harassment, and bullying.

Khloe has been struggling with connecting with her class and here is another situation where students are making it uncomfortable for even her to walk the halls.

Thank you.

---

**Loralee Bechard** <loraleeparah@gmail.com>                               Mon, Jan 22, 2024 at 7:02 PM
To: Robert McAuliffe <rmcauliffe@chazy.org>
Cc: "scott_bechard@yahoo.com" <scott_bechard@yahoo.com>

And just a little bit ago I find out that Jessica, who has harassed my child and Haylee numerous times previously, is still giving Haylee the finger on school property.  How is a school supportive of such disgusting behavior by adults? Harassing sixteen year olds who reported an incident.  They, and the school, should be ashamed of themselves.  I clearly need to see what my options are to pursue legal action.

To recap what has happened to my children this year:

- Isabella Lapan only lasted a couple of weeks due to Caitlyn Harvey's constant bullying.  She went back to homeschooling for her mental health. Chazy refused to allow her to continue with CVTEC even though when Dayton Rovers was unable to attend Chazy due to sexual assault , Chazy still allowed him to attend CVTEC AND participate in sports, plus walk for graduation. My daughter was refused these services and has not had any negative reports on her.
- Chelsea Lapan submitted a sexual assault complaint because a student touched her vagina on numerous occasions without her permission and stated "since Pryce won't do it, someone has to." This is traumatizing. I pray your children never have this experience.
- Chelsea Lapan has been harassed and bullied since her and Haylee made the complaint due to the school not holding anyone accountable. A counselor stated that "they are grieving" every time a complaint was put in.
- Chelsea and Haylee were stalked and harassed at school events on two occasions by a family member. The school did nothing.
- A teacher spread false information regarding my child stating she has "done this before." That is completely false. Thank GOD my child was not sexually assaulted prior to this terrible incident.  Teacher was not held accountable.  She even made sure to go into a classroom where my daughter was after she was spoken to, thinking it would make my daughter uncomfortable. It doesn't.  We are not immature and my daughter has been raised not to allow adults like this to impact her day.
- I had to move to homeschooling my 6 year old to ensure the safety of her due to Mrs. Poupore not having any consequences for discussing Chelsea and spreading false information into the community as a TEACHER.
- Unlimited incidents of harassment and bullying have been continuously reported without any consequences.

Chazy used to be a school I could speak so highly of for doing everything possible to protect my grandchildren. Now, it's an unsafe environment for girls OR for those without the right last name.  I am very disappointed and would appreciate being able to send ALL of my children to a new school. Chelsea will be transferring to a school in Vermont very soon as we work that out with her father, but now Khloe and Zoe are also being targeted. I will never be able to have Leigha return to Chazy. This is not fair to me to be forced into homeschooling because of Chazy's poor practices to protect ALL children not just your friends' children.  Chazy should be making accommodations for all of my children to go to another district where they can have a fresh start and thrive in an INCLUSIVE environment.

Exhibit 3, p.97

Case 8:25-cv-00339-AMN-PJE    Document 81-2    Filed 04/17/26    Page 98 of 121

Bechard/Lapan Subpoena Response p.98

I'm so so disappointed and angry we are still at this place with my girls. I've never been so worried about mental health and safety.  I'll submit a DASA report as well.

Thank you.
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                        Mon, Jan 22, 2024 at 7:54 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Loralee,

Is it possible for you to come in this week to talk about everything?

Thanks,
Rob
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                        Tue, Jan 23, 2024 at 7:49 AM
To: Robert McAuliffe <rmcauliffe@chazy.org>

Absolutely. I do have 1pm today or Friday available.  Let me know what's best for your schedule. I can try to move work meetings if needed.

Thank you.
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                        Tue, Jan 23, 2024 at 7:51 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Can you do 1pm on Friday?
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                        Tue, Jan 23, 2024 at 7:59 AM
To: Robert McAuliffe <rmcauliffe@chazy.org>

Yes. Thank you
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                        Wed, Jan 31, 2024 at 10:10 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Loralee,

I'm sorry for the snow day on Friday.  Would you like to meet this week or next?

Thanks,
Rob
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                        Wed, Jan 31, 2024 at 10:36 AM
To: Robert McAuliffe <rmcauliffe@chazy.org>

I'll be in Florida next week, but what's your availability for this week?

Thanks!
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                        Wed, Jan 31, 2024 at 11:06 AM

Exhibit 3, p.98

To: Loralee Bechard <loraleeparah@gmail.com>

Lucky you!!!
I'm not available tomorrow.  Could you meet Friday?  It would have to be before 1pm.
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                          Wed, Jan 31, 2024 at 12:19 PM
To: Robert McAuliffe <rmcauliffe@chazy.org>

I can meet at 10:30am on Friday. Let me know if that works :)
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                          Wed, Jan 31, 2024 at 1:23 PM
To: Loralee Bechard <loraleeparah@gmail.com>

That works!  See you then.
[Quoted text hidden]

Exhibit 3, p.99



Loralee Bechard <loraleeparah@gmail.com>

## Leigha Bechard
2 messages

**Loralee Bechard** <loraleeparah@gmail.com>                                Mon, Dec 18, 2023 at 8:04 PM
To: Robert McAuliffe <rmcauliffe@chazy.org>

Hello,

I'm sorry for the delay in my email. Yes, I will be continuing with homeschooling Leigha.

Chelsea continues to be bullied as well, which adds to my decision.  Mrs. Ringer is very aware of the constant eaten food being thrown in Chelsea's locker, including on Friday. Her comment to Chelsea was that since it was Friday they could "probably" look at the video, but we know that isn't happening.  She also told Chelsea to make sure her locker is locked. My answer is then all students need to make sure their locker is locked, but shouldn't we hold those accountable for targeting my daughter? It's very simple to be able to see who is doing this to Chelsea by watching a video.  It's immature and unacceptable.  If Chelsea wasn't so determined to remain in person, I would also pull her out of the district due to this constant discrimination and retaliation for a sexual harassment complaint.  It's an incredibly heartbreaking for me since I've always spoken so highly of the education my children were receiving at Chazy.  Now I feel pushed into a corner to protect my girls.

I'll make sure you have my paperwork by the end of the week.

Thank you.

**Robert McAuliffe** <rmcauliffe@chazy.org>                                Tue, Dec 19, 2023 at 7:28 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Loralee,

I totally understand your decision..
I will check with Mrs. Ringer today on the situation.  I'm sorry Chelsea is going through this.

Rob
[Quoted text hidden]

Exhibit 3, p.100

Case 8:25-cv-00339-AMN-PJE     Document 81-2     Filed 04/17/26     Page 101 of 121

Bechard/Lapan Subpoena Response p.101



Loralee Bechard <loraleeparah@gmail.com>

---

## Meeting
4 messages

---

**Loralee Bechard** <loraleeparah@gmail.com>                     Fri, Feb 2, 2024 at 9:01 AM
To: Robert McAuliffe <rmcauliffe@chazy.org>

Hi Rob,

I have to cancel today.  I'm dealing with an allergic reaction and it's still impacting me.  As you know, I'll be in Florida next week. I'm sorry I have to cancel our meeting in person but I'm available for a phone call if needed.  At this time, I know Khloe and Zoe were in a group of kids last night, which included Jake Poirier. He wasn't rude to Khloe during that - so I feel confident she is not going to be targeted.

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                     Fri, Feb 2, 2024 at 9:43 AM
To: Loralee Bechard <loraleeparah@gmail.com>

Loralee,

I'm sorry to hear that.  Hopefully the warm weather will help with it.  Haha!  If it's ok with you, I would like to meet in person.  I would be happy to schedule something when you get back.  Have a great trip!

Thanks,
Rob
[Quoted text hidden]

---

**Loralee Bechard** <loraleeparah@gmail.com>                     Fri, Feb 2, 2024 at 11:47 AM
To: Robert McAuliffe <rmcauliffe@chazy.org>

I am completely fine meeting in person. I'll send you an email next week to figure out a time when I return!

Thank you so much.
[Quoted text hidden]

---

**Robert McAuliffe** <rmcauliffe@chazy.org>                     Fri, Feb 2, 2024 at 12:08 PM
To: Loralee Bechard <loraleeparah@gmail.com>

Sounds good.
[Quoted text hidden]

Exhibit 3, p.101

Bechard/Lapan Subpoena Response p.102

September 28, 2024 at 12:03 PM
2,493 of 3,824



September 28, 2024 at 12:23 PM
2,494 of 3,824





Exhibit 3, p.102

Bechard/Lapan Subpoena Response p.103



Bechard/Lapan Subpoena Response p.104

October 18, 2023 at 12:03 PM

Chazy · 17,834 of 33,349



Exhibit 3, p.104

Bechard/Lapan Subpoena Response p.105





Exhibit 3, p.105

Bechard/Lapan Subpoena Response p.106





Exhibit 3, p.106

Bechard/Lapan Subpoena Response p.107





Exhibit 3, p.107

Bechard/Lapan Subpoena Response p.108







Exhibit 3, p.108

Bechard/Lapan Subpoena Response p.109





Exhibit 3, p.109

Bechard/Lapan Subpoena Response p.110



Exhibit 3, p.110

Bechard/Lapan Subpoena Response p.111



Exhibit 3, p.111

Bechard/Lapan Subpoena Response p.112



Exhibit 3, p.112

Bechard/Lapan Subpoena Response p.113



Exhibit 3, p.113

Bechard/Lapan Subpoena Response p.114

SUPPORTING DEPOSITION (CPL §100.20)

NEW YORK STATE POLICE

PAGE 1 OF 3

THE PEOPLE OF THE STATE OF NEW YORK
-- VS.

_____
Defendant(s)

| INCIDENT LOCATION: | LOCATION OF DEPOSITION: |
|---|---|
| STATE OF NEW YORK _LOCAL CRIMINAL_ COURT | STATE OF NEW YORK |
| COUNTY OF _CLINTON_ | COUNTY OF _CLINTON_ |
| TOWN of _CHAZY_ | TOWN of _CHAZY_ |

| Date | Time Started | Full Name |
|---|---|---|
| On 10/14/2023 | at 08:08 PM | I, CHELSEA L LAPAN |

| Date of Birth | No. and Street | C/T/V | State |
|---|---|---|---|
| 06/14/2007 | 284 TROMBLEY LANE | CHAZY | NY |

**State The Following:**

I am currently speaking with Trooper Mockus of the New York State Police regarding an incident that has been occurring since Tuesday 10/10/2023 on the school bus to and from CVTEC.

I got on the bus and sat in my normal seat that is most of the way to the back of the bus on the right side. I typically sit by myself on the bus. My friend HAYLEE M. KELSH typically sits to the left of me and one seat back. OWEN POIRIER sits directly across the aisle from me on the left side of the bus and typically sits alone as well.

Before the bus started moving on Tuesday 10/10/23, OWEN was sitting in his usual seat when he started tickling me on both sides with both hands over my shirt. OWEN'S right hand reached behind me to tickle my right side. The bus started moving at this point. I told OWEN to stop, but he did not listen. I tried to pull away toward the window, and OWEN grabbed me by my hips and pulled me into the aisle. OWEN had his legs pointed toward me with his knees touching my seat. OWEN put me on his legs, then shifted me and held me like a baby on his lap. OWEN had one hand around my back and one hand in between my legs, closer to my knee. OWEN moved his left hand down my leg toward my vagina. I tried to tell OWEN to stop and he didn't listen, that's when I grabbed the seat in front of me to my right to get off him. OWEN touched my vagina over my pants before I was able to myself off his lap. I was able to get back onto my seat and away from OWEN. That is when OWEN continued to tickle me like before and I continued to tell him to stop. OWEN grabbed my cell phone that was on my seat and started going onto my snapchat and other

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___14___ TH day of __OCTOBER__ , 2023

- OR -

* Subscribed and Sworn to before me

this _____ day of _____

_____
SIGNATURE OF DEPONENT

_____
WITNESS

| Time Ended | |
|---|---|
| 10/14/2023 | 08:21 PM |

Exhibit 3, p.114

SUPPORTING DEPOSITION (CPL §100.20)

NEW YORK STATE POLICE

**State The Following:**

applications. I told OWEN to give my phone back, and he listened and returned my phone. We arrived at CVTEC at this point.

Almost every time I told OWEN to stop, he would ask me "why I was being so mean?"

After CVTEC on Tuesday, the same exact situation happened as I described before.

Wednesday on the way down to CVTEC I was sitting in the same spot as described before with OWEN sitting across the aisle from me as usual. OWEN started to tickle me by putting his right hand around my back. I told him to stop but he wouldn't listen. OWEN tickled my pelvic area, then put his hands down and started touching my vagina. I pushed his hands out from between my legs and told him to stop. OWEN grabbed my hips and moved me closer to him despite me telling him to stop. OWEN started tickling me with both hands on my pelvic area. I told him to stop and tried to move his hands from my pelvic area, but he wouldn't stop. While OWEN had his hands on my pelvic area, he moved his hands down and was touching my vagina. OWEN decided on his own to stop when CONNOR CROSS and MICHAEL AKEY walked down the aisle toward us, despite my attempts to make him stop touching my pelvic area. We arrived at CVTEC shortly after this.

Wednesday after leaving CVTEC, OWEN did the same exact thing that I described that he did in the morning that day.

Thursday the scenario that occurred was almost exactly as I described that happened on Tuesday 10/10/23. The only difference was that OWEN said "If Price doesn't touch you, someone has to." OWEN said that statement on the way down to CVTEC and OWEN said it again before we got off the bus at CVTEC.

Today, Friday 10/13/23 when all the kids were getting on the bus, HAYLEE told OWEN "you need to cut the shit and stop." OWEN basically went to his seat and played on his phone until arriving at CVTEC and everyone got off the bus.

I got on the bus to leave CVTEC and sat in my typical seat. OWEN got on the bus shortly after me and sat in his normal seat across from me. I started eating left over pizza in my seat. OWEN started tickling my sides with both hands that were in front of my body. I told OWEN to stop, and he eventually did. OWEN took my phone and would not return it to me. Once I finished my food, I moved to the window. OWEN pulled me with one hand on each side of my hips and put me on his lap again. One of OWEN'S hands were around my back and the other hand was under both of my legs, and he was holding me like a baby on his lap. I was telling OWEN to stop but he didn't listen. I pulled myself off him using the seat in front of me and went back to my seat and near the window. I had my back to the window and was facing OWEN. OWEN grabbed my hips and moved me toward him. OWEN moved both of his hands in between my legs and was touching my vagina. I told him to stop, but he wasn't listening. I tried to push his hands away and fell forward and my head hit the seat. I got up and that is when CONNOR and MICHAEL came over. OWEN stopped at this point and I went back to the window. OWEN grabbed my upper right arm and pulled me toward the middle of the seat. OWEN grabbed the seat belt and buckled me to the seat across my lap and tightened it. MICHAEL grabbed the seat belt that was from the seat in front of me and buckled it with the seat belt from the seat behind and tightened that down on me. MICHEAL took the seat belt that was on the left of me and buckled me in and tightened it so I could not

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___14___ TH day of __OCTOBER__ , 2023

_____
(SIGNATURE OF DEPONENT)

- OR -

* Subscribed and Sworn to before me

this _____ day of _____

_____
(WITNESS)

_____
(NAME OF PERSON TAKING DEPOSITION)

Time Ended 10/14/2023    08:21 PM

* This form need be sworn to only when specifically required by the court

Bechard/Lapan Subpoena Response p.116



SUPPORTING DEPOSITION (CPL §100.20)

**NEW YORK STATE POLICE**

PAGE 3   OF 3

State The Following:

get out. I was telling them to unbuckle me but they wouldn't. I told them that it hurts and they ignored my comment. OWEN took a picture on my phone of me buckled into the seat. After OWEN took the picture, he went under my shift while I was strapped to the seat and started rubbing my back. I tried to use my elbow to get OWEN to take his hand out of my shirt, but it did not work. We got to Chazy School, OWEN took his hand out of my shirt and they unbuckled me. OWEN returned my phone to me when we arrived at Chazy School.

I went to the soccer game in the evening on 10/13/23 with HAYLEE. My mother, LORALEE L. BECHARD drove us to the game and picked us up when it was done. On the way back home from the game, we stopped at the Stewart's in Chazy, this was around 8:15 pm. I walked inside Stewart's with HAYLEE and I noticed OWEN was with several other boys from the school. I was trying to walk by them, then OWEN grabbed me on my hips when I walked by him. OWEN stayed inside Stewart's with his friends and I purchased my stuff and left the store with HAYLEE.

Each time that OWEN touched my vagina, it was over my pants. OWEN did not try to take my pants off or go down my pants.

I rode on bus 86 Tuesday 10/10/23 to Thursday 10/12/23. I rode bus 89 on Friday 10/13/23.

I want to press charges against OWEN for the incidents.

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this    14 TH    day of    OCTOBER   , 2023

_____
(SIGNATURE OF DEPONENT)

- OR -

* Subscribed and Sworn to before me

this _____ day of _____

_____
(WITNESS)

Time Ended
10/14/2023    08:21 PM

Exhibit 3, p.116



SUPPORTING DEPOSITION (CPL §100.20)    NEW YORK STATE POLICE    PAGE 1 OF 2

THE PEOPLE OF THE STATE OF NEW YORK
— vs.

Defendant(s)

**INCIDENT LOCATION:**
STATE OF NEW YORK LOCAL CRIMINAL COURT
COUNTY OF CLINTON
TOWN of CHAZY

**LOCATION OF DEPOSITION:**
STATE OF NEW YORK
COUNTY OF CLINTON
TOWN of CHAZY

On 10/13/2023 at 11:39 PM I, HAYLEE M KELSH
Date of Birth 07/08/2007
No. and Street 9596 STATE ROUTE 9
C/TN CHAZY    State NY

**State The Following:**

I am currently speaking with Trooper Mockus of the New York State Police regarding an incident that has been occurring since Tues 10/10/2023 on the school bus to and from CVTEC.

I got on the bus in the morning on Tuesday 10/10/23 to go to CVTEC and typically sit in the seat to the left and one back from CHELSEA L LAPAN ___ was sitting near the window and I was playing on my phone. OWEN got onto the bus a little after us. I could see ___ turned with his knees in the aisle reaching over to CHELSEA tickling her on the sides. The bus starts going and O___ grabs her phone and starts using it. As we get moving, I can see OWEN grabbing her sides more. I wasn't watching the whole time, but every time I looked over, I saw OWEN touching her sides. I could hear CHELSEA telling OWEN to stop each time he touched her, but it appeared that he wouldn't listen. OWEN grabbed her sides and pulled CHELSEA to the end of the seat and continued to grab her sides. We arrived at CVTEC and OWEN stopped and we all got off the bus.

On the bus back to Chazy School CHELSEA and OWEN were already on the bus and they were eating food. After we were done eating, OWEN grabbed CHELSEA'S phone and uses it. OWEN put the phone down and pulled CHELSEA to him by her hips. I could see OWEN continued to touch and tickle CHELSEA the same as in the morning until we arrived at Chazy School. CHELSEA was still telling OWEN to stop repeatedly.

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this 13 TH day of OCTOBER, 2023

- OR -

Time Ended 10/13/2023 12:15 AM

Exhibit 3, p.117

SUPPORTING DEPOSITION (CPL §100 20

**NEW YORK STATE POLICE**

PAGE 2 OF 2

State The Following:

I don't really remember what happened Wednesday 10/11/23 in the morning or afternoon

Thursday 10/12/23 we all got on the morning bus as usual and sat in the same seats. We all seemed to be playing on our phones until the bus started moving. OWEN took CHELSEA'S phone again and was playing on it. CHELSEA moved back to the window when OWEN did not give it back. OWEN stopped using CHELSEA'S phone and pulled CHELSEA by her toward him on the seat. OWEN was facing CHELSEA with his knees in the aisle and CHELSEA was facing OWEN with her knees toward OWEN on the seat. I could see OWEN grabbing CHELSEA'S hips, then move his hands down to CHELSEA'S vagina. I could clearly see OWEN'S hands touching CHELSEA's vagina and could hear CHELSEA telling him to stop. CHELSEA grabbed his hands and pushed them away from her and she moved her body back toward the window. That is when OWEN grabbed CHELSEA by the hips and put her on top of his lap closer to his chest. CHELSEA was being held like a baby by OWEN who had one hand around her back and one hand in between her legs near her mid-thigh. CHELSEA grabbed the seat in front of her and pulled herself off OWEN and back onto her seat. CHELSEA was sitting near the window and kept pushing OWEN's hand away telling him to stop. OWEN asked "what is your problem?" That is when we arrived at CVTEC and everyone got off the bus.

On the way back to Chazy School I witnessed the same scenario that happened in the morning on Thursday 10/12/23. The only difference was that OWEN did not ask CHELSEA what her problem was. We all got off the bus at Chazy School.

Today Friday 10/13/23 we all got on the bus to go to CVTEC. I watched OWEN tickle CHELSEA on her sides. I told OWEN that he needed to stop. OWEN went to his window and did not say anything to us on the ride to CVTEC and played on his phone. We arrived at CVTEC and got off the bus.

We got on the bus to return to Chazy School and everyone was eating pizza. When everyone was finished eating pizza I saw CHELSEA move to the window. OWEN then grabbed her by the waist and pulled her to the end of the seat. CHELSEA was facing the seat in front of her. I could see OWEN grab CHELSEA'S high up thigh area with both hands. Then OWEN was tickling CHELSEA'S sides. OWEN stopped when MICHAEL AKEY and CONNOR CROSS came over to the seats next to us, that's when MICHAEL and CONNOR started to strap CHELSEA to the seat with seat belts. I could see OWEN reaching across CHELSEA holding her shoulder to the seat not allowing her to move. OWEN then grabbed a seat belt to CHELSEA'S right and buckled her in and tightened it so CHELSEA could not move. CHELSEA kept telling them it was hurting her and told them to unbuckle her. I watched OWEN take the picture of CHELSEA strapped to the bus seat. They all said no at first, until we arrived at the school and they unbuckled her so we could get off the bus. We got off the bus and went into the school.

I went to the office to report the incident to the Assistant Principal. The Assistant Principal said she was supposed to see me by the end of the day, but told me she did not have time.

**Notice**
(Penal Law §210 45)

In a written instrument any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this ___13___ day of ___OCTOBER___ , 2023

Time Ended
10/13/2023    12:15 AM

Exhibit 3, p.118

Bechard/Lapan Subpoena Response p.119

SUPPORTING DEPOSITION (CPL §100.20)                                          PAGE 1    OF 1

NEW YORK STATE POLICE

THE PEOPLE OF THE STATE OF NEW YORK
— vs. —

_____

Defendant(s)

| INCIDENT LOCATION: | LOCATION OF DEPOSITION: |
|---|---|
| STATE OF NEW YORK  LOCAL CRIMINAL  COURT | STATE OF NEW YORK |
| COUNTY OF  CLINTON | COUNTY OF  CLINTON |
| TOWN  of  BEEKMANTOWN | TOWN  of  BEEKMANTOWN |

| | Date | Time Started | Full Name: | | |
|---|---|---|---|---|---|
| On | 10/28/2023 | at  02:11 PM | I, CHELSEA L LAPAN | | |
| Date of Birth | No. and Street | | C/T/V | | State |
| 06/14/2007 | 284 TROMBLEY LANE | | CHAZY | | NY |

**State The Following:**

On today's date at approximately 11:00am, my friend HAYLEE M. KELSH and I went to the football game at the Beekmantown High School. While we were watching the game OWEN's Aunt walked over to us at around halftime and stated, "are you Chelsea and the Kelsh girl?" I stated, "yes" and she replied, "what a shame." I asked, "what are you talking about?" She replied, "You know exactly what I'm talking about." I stated, "it's not my fault." HAYLEY stated, "can you please leave us alone?" She replied, "You guys shouldn't even be showing your faces" and "you don't belong here". Before she left she got closer to my face and stated, "You should rot in hell." I then walked around so I did not have to pass the family. I then saw JESS following HAYLEE and HAYLEE stated, "can you please leave us alone?" JESS then stated, "No I can be here it's a parking lot." Then, approximately five other people walked over and JESS stated, "That's Chelsea and the Kelsh girl." The other people stated, "you lied, what a shame." I replied, "the investigation is still getting done." JESS stated that they have proof that he did nothing. A male then walked over and told them to go sit down.

This statement is true and accurate to the best of my ability.

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury
this ___28___ TH day of ___OCTOBER___, 2023                    _____
                                                                (SIGNATURE OF DEPONENT)

- OR -                                                          _____
                                                                (WITNESS)

* Subscribed and Sworn to before me                            | Time Ended | |
                                                                | 10/28/2023 | 02:21 PM |

this _____ day of _____                                    _____
                                                                (NAME OF PERSON TAKING DEPOSITION)

* This form need be sworn to only when specifically required by the court

Exhibit 3, p.119

THE PEOPLE OF THE STATE OF NEW YORK
-- vs.

_____
Defendant(s)

**INCIDENT LOCATION:**

STATE OF NEW YORK   LOCAL CRIMINAL   COURT

COUNTY OF   CLINTON

TOWN   of   BEEKMANTOWN

**LOCATION OF DEPOSITION:**

STATE OF NEW YORK

COUNTY OF   CLINTON

TOWN   of   BEEKMANTOWN

| Date | Time Started | Full Name: |
|------|--------------|------------|
| On 10/28/2023 | at 01:58 PM | I, HAYLEE M KELSH |

| Date of Birth | No. and Street | C/TN | State |
|---------------|----------------|------|-------|
| 07/08/2007 | 9596 STATE ROUTE 9 | CHAZY | NY |

**State The Following:**

On today's date at approximately 11:00am, I went to a football game at the Beekmantown High school with my friend CHELSEA L. LAPAN. While we were watching the game, at approximately 01:30pm, JESS, OWEN's Aunt, walked over to us and stated, "are you Chelsea and the Kelsh girl?" I replied, "yes we are." She then stated, "you guys are pretty brave to be showing your faces at this game." I stated, "we have a right to be at this game because it is our school." She replied, "I hope you guys remember that day for the rest of your life," and" you guys are going to rot in hell." I replied, "can you please leave us alone? We didn't do anything wrong." Another individual told her to go sit down so she walked away. I then called my mom to come pick us up and I walked by JESS. She asked where my friend was and I told her it was none of her business. JESS then stated, "I hope I never see her when we're alone." We then walked out of the game and JESS followed me to the exit of the game. We then stood there and three more of OWEN's family members walked over and JESS told them, "these are the girls that were lying." I then asked, "can you please leave us alone? You don't have to follow us." JESS stated, "You have the whole parking lot, I'm just standing here." We then walked over to the Beekmantown Fire Department.

This statement is true and accurate to the best of my ability.

**Notice**
(Penal Law §210.45)

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the state of New York punishable as a Class A Misdemeanor.

Affirmed under penalty of perjury

this   28 TH   day of   OCTOBER , 2023

- OR -

Subscribed and Sworn to before me

this _____ day of _____

_____
(SIGNATURE OF DEPONENT)

_____
(WITNESS)

_____
(NAME OF PERSON TAKING DEPOSITION)

| Time Ended | |
|------------|--|
| 10/28/2023 | 02:08 PM |

Exhibit 3, p.120

Bechard/Lapan Subpoena Response p.121

October 17, 2023 at 6:57 PM
1,103 of 3,824

October 19, 2023 at 3:22 PM
1,116 of 3,824





ALEKA

i get it. what i've heard is that you all said that you got raped in the bathroom by owen, waited a few months, and then told the cops. therefore, he was kicked off the soccer team, expelled, and disowned. then (obviously), he went to true value and shot himself. he apparently left a note to his family saying he was not guilty, but he just couldn't live in a world were he had nothing left for him.
this is just a summary of what i've heard i'm not saying any of it is true of false, i just wanted to inform you of whatever is going around

ME

whatt, no that was not true at all. i literally didn't have any part of that whole thing
thank you
can i ss this ?

ALEKA

yeah sure go for it

ME

thank you

October 18, 2023 at 1:16 PM
1,104 of 3,824



Exhibit 3, p.121