

*33 Whitehall Street, 16th Floor*
*New York, NY 10004*
(212) 509-3456 – Telephone
(212) 509-4420 – Facsimile
www.mkcilaw.us.com

March 5, 2026

**VIA E- MAIL:** erosenberg@rosenbergball.com
Eric Rosenberg, Esq.
Rosenberg & Ball Co. LPA
205 South Prospect Street
Granville, Ohio 43023

> **Re:    Chad Poirier, Administrator of the Estate of Owen Poirier v.**
> **Chazy Rural School District, et al.**
> **Our File No.: 4184-0470**
> **Docket No.:    8:25-cv-0339**

 Dear Mr. Rosenberg:

As you know we represent the Defendants, Chazy Rural School District, Board of Education of Chazy Rural School District, Chazy Union Free School District, Board of Education of Chazy Union Free School District, Robert McAuliffe, and Stanley Maziejka (hereinafter "The Chazy Defendants") in the above-referenced matter.

We write to produce documents in response to Plaintiff's Document Demands and in accordance with the parties' FERPA Stipulation. The enclosed production bears Bates numbers Chazy_00001–Chazy_08323.

The production is available at the following one drive link: Chazy Production 00001-08323

The following production has been made:

1.  Former Counsel's USB Drive: Chazy_00001-01524

2.  Google Drive Production: Chazy_01525-07800

Exhibit 4, p.1

3. Board Member Subpoena Response: Chazy_07801-08323. These materials comprise documents collected and produced in response to subpoenas served on individual Board members. The responding Board members are:

- Jason Bruce: Chazy_07801-07831
- Mary LaPierre: Chazy_07832-07861
- Craig Giroux: Chazy_07862-07906
- Robert McAuliffe: Chazy_07907-08256
- Daniel Bernard: Chazy_08257-08323

As per our recent conversations, I will provide you with the methodology and basis the materials contained in aforementioned USB Drive which was provided to predecessor counsel and the Google Drive was given to my office. However, as discussed, we wanted to get these materials to you as expediently as possible.

Please confirm receipt and the ability to access materials. Thank you in advance.

Very Truly Yours,

**McGivney, Kluger, Clark & Intoccia, P.C.**

**/s/ *Marc Pakrul***
Marc Pakrul, Esquire
mpakrul@mcgivneyandkluger.com
*Counsel for the Chazy Defendants*

*Via Email*
cc:    John Aspland, Esq.

- 2 -

Exhibit 4, p.2